A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Oct 29, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 13, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II)
Walgreen Co., et al. v. Unimed Pharmaceuticals, LLC, et al.,)
M.D. Pennsylvania, C.A. No. 1:09-1240               )

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

MDL No. 2084
OCT 29 2009

### CONDITIONAL TRANSFER ORDER (CTO-1)

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

On October 5, 2009, the Panel transferred four civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of October 5, 2009, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
OCT 29 2009
James N. Hatten, Clerk
By: _____
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 29, 2009

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 2084 -- IN RE: AndroGel Antitrust Litigation (No. II)

(See Attached CTO-1)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 13, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:   Judge Thomas W. Thrash, Jr.

JPML Form 36A

**IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II)**     MDL No. 2084

## INVOLVED COUNSEL LIST (CTO-1)

Mark D. Bradshaw
STEVENS & LEE PC
17 North Second Street, 16TH Floor
Harrisburg, PA 17101

Eric L. Cramer
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103

Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036

Eric Grannon
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005

Christopher J. Kelly
MAYER BROWN LLP
1999 K. Street NW
Washington, DC 20006

Robert E. Kelly, Jr.
KELLY PARKER & COHEN LLP
Commerce Tower, 10th Floor
300 North 2nd Street
Harrisburg, PA 17101

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
18th and Cherry Street, Suite 2700
Philadelphia, PA 19103-6933

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Scott E. Perwin
KENNY NACHWALTER PA
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

John Roberti
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101

Steven C. Sunshine
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005

Paul Richard Walker
THOMAS THOMAS & HAFER LLP
305 North Front Street, Sixth Floor
Harrisburg, PA 17108-0999

Kenneth A. Wexler
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603

Julia K. York
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005