# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**1:09-md-02084-TWT**
**IN RE: Androgel Antitrust Litigation (No. II)**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 01/07/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 2:05 P.M. | |
| TIME COURT CONCLUDED: 4:17 P.M. | COURT REPORTER: Susan Baker |
| TIME IN COURT: 2:12 | DEPUTY CLERK: Sheila Sewell |

ATTORNEY(S) PRESENT:  Kenneth Canfield representing plaintiffs
Bruce Gerstein representing Louisiana Wholesale Drug Co Inc
J. Gidley representing Paddock Laboratories Inc & Par Pharmaceuticals Inc
Eric Grannon representing Paddock Laboratories Inc & Par Pharmaceuticals Inc
Corey Holzer representing Fort Lauderdale Lodge 31, Insurance Trust Fund, Fraternal Order of Police and United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund & Raymond Scurto
Markus Meier representing Federal Trade Commission
Mark Ryan representing Solvay Pharmaceuticals Inc & Unimed Pharmaceuticals Inc
Steven Sunshine representing Watson Pharmaceuticals Inc

PROCEEDING CATEGORY:

MINUTE TEXT:  The Court heard argument from counsel on pending motions to dismiss and took the matter under advisement and will issue a written order as soon as possible.

HEARING STATUS:  Hearing Concluded