# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084**<br><br>**DIRECT PURCHASER CLASS ACTIONS** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>        **Plaintiff,**<br>                        v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>        **Defendants.** | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>        **Plaintiff,**<br>                        v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>        **Defendants.** | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>        **Plaintiffs,**<br>                        v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>        **Defendants.** | **CASE NO. 1:09-CV-958-TWT** |

| | |
|---|---|
| **STEPHEN L. LAFRANCE PHARM., INC. ET AL.**<br><br>      **Plaintiff,**<br><br>           **v.**<br><br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>      **Defendants.** | **CASE NO. 1:09-CV-2913-TWT** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 12, 2010, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that a copy of Direct Purchaser Plaintiffs' INITIAL DISCLOSURES, along with this Notice of Service, was served, with consent, via electronic mail on April 12, 2010 upon the following counsel for Defendants:

      Mark W. Ryan – mryan@mayerbrown.com
      John Roberti – jroberti@mayerbrown.com
      Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
      Rohit Singla – Rohit.Singla@mto.com
      Christopher J. Kelly – cjkelly@mayerbrown.com
      Teresa Bonder – Teresa.bonder@alston.com
      Matthew Kent – matthew.kent@alston.com
      Rebecca Valentine – rvalentine@mayerbrown.com
      Steven Sunshine – Steven.Sunshine@skadden.com
      Julia York – Julia.York@skadden.com
      Maria Raptis – Maria.Raptis@skadden.com
      Joshua Smith – Joshua.Smith@skadden.com
      David Rabin – drabin@mmmlaw.com
      Jason Eakes – jeakes@mmmlaw.com

Eric Grannon – egrannon@washdc.whitecase.com
J. Mark Gidley – mgidley@washdc.whitecase.com
Meytal McCoy – mmccoy@washdc.whitecase.com
Stephen LeBlanc – sleblanc@washdc.whitecase.com
Mark Trigg – triggm@gtlaw.com
Ryan Grelecki – greleckir@gtlaw.com

Respectfully Submitted,


 /s/   Kenneth S. Canfield
DOFFERMYRE SHIELDS
CANFIELD & KNOWLES, LLC
Kenneth S. Canfield
1355 Peachtree Street
Suite 1600
Atlanta, GA 30309
Phone: 404-881-8900

*For the Direct Purchaser Plaintiffs*