IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (NO. II)** | Case No. 1:09-md-2084-TWT<br>ALL CASES |

**ABBOTT PRODUCTS, INC. AND UNIMED PHARMACEUTICALS, LLC'S SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.3, N.D. Ga., and Federal Rule of Civil Procedure 7.1, Defendants Abbott Products, Inc. (f/k/a Solvay Pharmaceuticals, Inc.) and Unimed Pharmaceuticals, LLC[1] (collectively, "Abbott") hereby submit this Second Amended Certificate of Interested Persons and Corporate Disclosure Statement to notify the Court of the following additional parties, which now have an interest in this action due to recent modifications in the corporate structure of Abbott Laboratories.

(1) The undersigned counsel of record for Abbott in this action amends its Certificate of Interested Persons and Corporate Disclosure Statement to identify

---

[1] Many of the private plaintiffs have erroneously sued Unimed Pharmaceuticals, Inc., which does not exist.

the following parent corporations and publicly held corporations owning 10% or more of its stock:

**Abbott Products, Inc. (Defendant) -**

    Abbott Products US Holdings, Inc.

    Abbott Universal Ltd.

    Abbott Laboratories International Co.

    Abbott Point of Care Inc.

    Abbott Health Products, Inc.

    Abbott Laboratories (NYSE: ABT) is the current ultimate parent corporation of Defendant Abbott Products, Inc.

**Unimed Pharmaceuticals, LLC (Defendant) –**

    Abbott Products, Inc.

    Abbott Products US Holdings, Inc.

    Abbott Universal Ltd.

    Abbott Laboratories International Co.

    Abbott Point of Care Inc.

    Abbott Health Products, Inc.

    Abbott Laboratories (NYSE: ABT) is the current ultimate parent corporation of Defendant Unimed Pharmaceuticals, LLC.

Respectfully submitted, this 11th day of October, 2010.

| | |
|---|---|
| Mark W. Ryan* | /s/ Teresa T. Bonder |
| John Roberti* | Teresa T. Bonder |
| Christopher J. Kelly* | Georgia Bar No. 703969 |
| Rebecca Valentine* | Matthew D. Kent |
| MAYER BROWN LLP | Georgia Bar No. 526272 |
| 1909 K Street NW | ALSTON & BIRD LLP |
| Washington, D.C. 20006 | 1201 West Peachtree Street |
| 202-263-3000 (telephone) | Atlanta, GA  30309-3424 |
| 202-263-3300 (facsimile) | (404) 881-7000 (telephone) |
| MRyan@mayerbrown.com | (404) 881-7777 (facsimile) |
| JRoberti@mayerbrown.com | teresa.bonder@alston.com |
| CJKelly@mayerbrown.com | matthew.kent@alston.com |
| RValentine@mayerbrown.com | |
| | *Counsel for Unimed Pharmaceuticals, LLC and Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc.* |
| Jeffrey I. Weinberger* | |
| Rohit K. Singla* | |
| MUNGER, TOLLES & OLSON LLP | |
| 355 South Grand Avenue | |
| 35th Floor | |
| Los Angeles, CA 90071 | |
| (213) 683-9100 (telephone) | |
| (213) 683-5100 (facsimile) | |
| jeffrey.weinberger@mto.com | |
| rohit.singla@mto.com | |

* Practicing pursuant to paragraph five of the Case Management Order entered in this action on December 3, 2009.

*Counsel for Unimed Pharmaceuticals, LLC and Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | Case No. 1:09-md-2084 (TWT) ALL CASES |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2010, a copy of the foregoing **ABBOTT PRODUCTS, INC. AND UNIMED PHARMACEUTICALS, LLC'S SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed electronically using the CM/ECF system in the United States District Court for the Northern District of Georgia. The Court has electronically mailed this document to the following attorneys of record that have registered with the Court's CM/ECF system:

dsorensen@bm.net
ecramer@bm.net
pkohn@bm.net
kcanfield@dsckd.com
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com
echan@garwingerstein.com
sfisher@garwingerstein.com
jopper@garwingerstein.com
jradice@gelaw.com

LEGAL02/32039289v2

lnussbaum@gelaw.com
dgermaine@vaneklaw.com
jvanek@vaneklaw.com
eleger@smithfoote.com
ssegura@smithfoote.com
balbert@ftc.gov
cliebes@ftc.gov
rrobertson@ftc.gov
lunt@ftc.gov
mwoodward@ftc.gov
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kgluek@gustafsongluek.com
kaw@wexlerwallace.com
cholzer@holzerlaw.com
mdees@holzerlaw.com
nfinkelman@sfmslaw.com
jgoldstein@sfmslaw.com
lfanning@millerlawllc.com
sperwin@kennynachwalter.com
triggm@gtlaw.com
greleckir@gtlaw.com
drabin@mmmlaw.com
jeakes@mmmlaw.com
egrannon@whitecase.com
mgidley@whitecase.com
sleblanc@whitecase.com
julia.york@skadden.com
maria.raptis@skadden.com
steve.sunshine@skadden.com
jlukens@hangley.com

Dated:  October 11, 2010          /s/ Matthew D. Kent
                                  Matthew D. Kent