## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT** |
| **GEORGE STEVEN LEGRAND, on behalf of himself and all others similarly situated,** | **CASE NO. 1:10-CV-2883-TWT** |
| **Plaintiff,** | **END-PAYOR CLASS ACTION** |
| **v.** | |
| **UNIMED PHARMACEUTICALS, INC.; SOLVAY PHARMACEUTICALS, INC.; WATSON PHARMACEUTICALS, INC.; PAR PHARMACEUTICALS, INC.; and PADDOCK LABORATORIES, INC.,** | |
| **Defendants.** | |

## JOINT MOTION GOVERNING LEGRAND CASE

On September 10, 2010 Plaintiff George Steven LeGrand ("LeGrand") filed

his Complaint in this District.  Defendants Abbott Products, Inc. (f/k/a Solvay

Pharmaceuticals, Inc.) ("Abbott") and Unimed Pharmaceuticals, LLC ("Unimed")

accepted service of the *LeGrand* Complaint on October 1, 2010; Defendant

Watson Pharmaceuticals, Inc. ("Watson") accepted service of the *LeGrand*

Complaint on October 15, 2010; and Defendants Par Pharmaceutical Companies,

Inc. ("Par") and Paddock Laboratories, Inc. ("Paddock") accepted service of the *LeGrand* Complaint on October 18, 2010.   The allegations in the *LeGrand* complaint are substantively identical to those in the complaint filed in *Fraternal Order of Police v. Unimed Pharmaceuticals, Inc.*, et al., No. 1:09-cv-2914-TWT (N.D. Ga. Complaint filed in D.N.J and transferred to N.D. Ga. on April 17th, 2009) one of the AndroGel® cases currently centralized in this District by the Judicial Panel on Multidistrict Litigation ("JPML").[1] *See In re Androgel Antitrust Litig.,* No. 1:09-md-2084 (N.D. Ga. 2009).   In an effort to promote the efficient conduct of this litigation, Plaintiff LeGrand and Defendants Abbott, Unimed, Watson, Par, and Paddock (collectively "Defendants") hereby move this Court to enter the following order to govern the *LeGrand* case:

1)   The *LeGrand* case shall be consolidated for pretrial purposes with the other End Payor Purchaser Class Actions as part of MDL 2084, and Defendants shall notify the JPML of the pendency of this related action.

2)   *LeGrand* shall be subject to the same schedule as the AndroGel® End Payor Purchaser Class Action already pending before this Court.   Case No. 1:09-CV-02914-TWT, *In re Androgel Antitrust Litig.*, No. 1:09-md-2084 (N.D. Ga. 2009).

---

[1]   Although substantively similar to the *FOP* allegations, LeGrand alleges violations of federal and California state law.

3)  LeGrand's claims, including his California state law claims, shall be subject to all rulings and orders by the court, including this Court's February 22, 2010 ruling on Defendants' motions to dismiss.  Accordingly, unless this Court's February 22, 2010 ruling is reversed on appeal, all of LeGrand's federal and California state law claims are dismissed, except for his "sham litigation" claim under Section 2 of the Sherman Act, the Cartwright Act, and the California Unfair Competition Law, and his claim based on allegations that Defendants conspired to settle "sham litigation" under Section 1 of the Sherman Act, the Cartwright Act, and the California Unfair Competition Law.

4)  *LeGrand* shall be added as an "End Payor Purchaser Class Action," as that term is defined in this Court's Initial Case Management Order, and LeGrand's claims shall be subject to any rulings by this Court affecting the "End Payor Purchaser Class Actions."  Dkt. No. 35, *In re Androgel Antitrust Litig*., No. 1:09-md-2084 (N.D. Ga. 2009).

5)  Counsel for Defendants and counsel for LeGrand conferred on October 19, 2010, and agreed that the Joint Preliminary Report and Discovery Plan to be filed in the *FOP* case shall apply to the *LeGrand* case, and the conference and Plan shall be deemed to meet the requirements of Fed.R.Civ.P.26(f) and Local Rule 16.1.

6)  The parties will serve their Initial Disclosures no later than November 2, 2010 in *LeGrand*, the same day the parties have agreed to serve their Initial Disclosures in the *FOP* case.

7)  LeGrand hereby consents to electronic service to the following e-mail addresses for papers without document productions that are required to be served but not filed under the local rules:

| | |
|---|---|
| Jayne A. Goldstein | jgoldstein@sfmslaw.com |
| Natalie Finkelman Bennett | nfinkelman@sfmslaw.com |
| Corey D. Holzer | cholzer@holzerlaw.com |

8)  Defendants hereby consent to electronic service to the following e-mail addresses for papers without document productions that are required to be served but not filed under the local rules:

Mark W. Ryan – mryan@mayerbrown.com
John Roberti – jroberti@mayerbrown.com
Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
Rohit Singla – Rohit.Singla@mto.com
Elisabeth J. Neubauer - Elisabeth.Neubauer@mto.com
Christopher J. Kelly – cjkelly@mayerbrown.com
Teresa Bonder – Teresa.bonder@alston.com
Matthew Kent – matthew.kent@alston.com
Rebecca Valentine – rvalentine@mayerbrown.com
Steven Sunshine – Steven.Sunshine@skadden.com
Paul Eckles – Paul.Eckles@skadden.com
Julia York – Julia.York@skadden.com
Maria Raptis – Maria.Raptis@skadden.com

4

Joshua Smith – Joshua.smith@skadden.com
David Rabin – drabin@mmmlaw.com
Jason Eakes – jeakes@mmmlaw.com
Eric Grannon – egrannon@washdc.whitecase.com
J. Mark Gidley – mgidley@washdc.whitecase.com
Meytal McCoy – mmcoy@washdc.whitecase.com
Mark Trigg – triggm@gtlaw.com
Ryan Grelecki – greleckir@gtlaw.com

9) LeGrand hereby consents to service to the following individuals for the

production of materials on disk or hard-drive:

Corey D. Holzer
cholzer@holzerlaw.com
Marshall P. Dees
mdees@holzerlaw.com
HOLZER HOLZER &FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: (770) 392-0090
Facsimile:  (770) 392-0029

Jayne A. Goldstein
jgoldstein@sfmslaw.com
Nathan A. Zipperian
nzipperian@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  (954) 515-0123
Facsimile:  (954) 515-0124

Natalie Finkelman Bennett
nfinkelman@sfmslaw.com
James C. Shah

jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, NJ  08107
Telephone:  (856) 858-1770
Facsimile: (856) 858-7012

James E. Miller
jmiller@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT  06412
Telephone: (860) 526-1100
Facsimile:  (860) 526-1120

*Counsel for LeGrand*

10)   Defendants hereby consent to service to the following individuals for the production of materials on disk or hard-drive:

John Roberti
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300

Elisabeth J. Neubauer
MUNGER, TOLLES & OLSEN LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5100

*Counsel for Defendants Abbott  Products, Inc. f/k/a Solvay Pharmaceuticals, Inc and Unimed Pharmaceuticals, Inc.*

Julia K. York
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

*Counsel for Defendant Watson Pharmaceuticals, Inc.*

Eric Grannon
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Defendants Par Pharmaceutical Companies, Inc. and
Paddock Laboratories, Inc.*


Dated:  October 25, 2010


Respectfully submitted,

/s/Corey D. Holzer
Corey D. Holzer
cholzer@holzerlaw.com
Marshall P. Dees
mdees@holzerlawa.com
HOLZER HOLZER &FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: (770) 392-0090
Facsimile:  (770) 392-0029

Jayne A. Goldstein
jgoldstein@sfmslaw.com
Nathan A. Zipperian
nzipperian@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  (954) 515-0123
Facsimile:  (954) 515-0124

Natalie Finkelman Bennett
nfinkelman@sfmslaw.com
James C. Shah
jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, NJ  08107
Telephone:  (856) 858-1770
Facsimile: (856) 858-7012

James E. Miller
jmiller@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT  06412
Telephone: (860) 526-1100
Facsimile:  (860) 526-1120

*Counsel for Plaintiff George Steven LeGrand*

/s/ Teresa T. Bonder
Teresa T. Bonder
Georgia Bar No. 703969
Matthew D. Kent
Georgia Bar No. 526272
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
teresa.bonder@alston.com
matthew.kent@alston.com

*Counsel for Defendants Unimed Pharmaceuticals, Inc.,
and Abbot Products, Inc. f/k/a Solvay Pharmaceuticals, Inc.*

/s/ David A. Rabin
David A. Rabin
Georgia Bar No. 591469
Jason W. Eakes
Georgia Bar No. 237048
MORRIS, MANNING &
MARTIN, LLP
3343 Peachtree Road, N.E.
Suite 1600
Atlanta Financial Center
Atlanta, GA 30326
(404) 233-7000 (telephone)
(404) 365-9532 (facsimile)
drabin@mmmlaw.com
jeakes@mmmlaw.com

*Counsel for Defendant Watson Pharmaceuticals, Inc.*

/s/ Mark G. Trigg
Mark G. Trigg
Georgia Bar No. 716295
Ryan C. Grelecki
Georgia Bar No. 245068
Greenberg Traurig, LLP
3290 Northside Parkway
Suite 400
Atlanta, GA  30327
(678) 553-2100 (telephone)
(678) 553-2212 (facsimile)
triggm@gtlaw.com
greleckir@gtlaw.com

*Counsel for Defendants Par Pharmaceutical
Companies, Inc. and Paddock Laboratories, Inc.*