# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS**<br><br>**DIRECT PURCHASER INDIVIDUAL ACTIONS** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>            **Plaintiff,**<br>                        v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>            **Defendants.** | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>            **Plaintiff,**<br>                        v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>            **Defendants.** | **CASE NO. 1:09-CV-957-TWT** |

| | |
|---|---|
| **MEIJER, INC., ET AL.,**<br>        Plaintiffs,<br>                    v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>        Defendants. | **CASE NO. 1:09-CV-958-TWT** |
| **STEPHEN L. LAFRANCE PHARMACY, INC. ET AL.**<br>        Plaintiff,<br>                    v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br>        Defendants. | **CASE NO. 1:09-CV-2913-TWT** |
| **RITE AID CORPORATION, ET AL.,**<br>        Plaintiffs,<br>                    v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br>        Defendants. | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>        Plaintiffs,<br>                    v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.**<br>        Defendants. | **CASE NO. 1:09-CV-3019-TWT** |

| | |
|---|---|
| **SUPERVALU, INC.,**<br>**Plaintiff,**<br>v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.**<br>**Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

### RULE 5.4 CERTIFICATE OF SERVICE OF DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 5.4(A) and Plaintiffs' and Defendants' written consent to receive service of discovery materials via electronic means, I hereby certify that a true and correct copy of the DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS was served on November 22, 2010 by electronic mail on the following attorneys of record:

| | |
|---|---|
| Kenneth Canfield | kcanfield@dsckd.com |
| David Sorensen | dsorensen@bm.net |
| Andrew Curley | acurley@bm.net |
| Bruce Gerstein | bgerstein@garwingerstein.com |
| Joseph Opper | jopper@garwingerstein.com |
| Elena Chan | echan@garwingerstein.com |
| Ephraim Gerstein | egerstein@garwingerstein.com |
| David Smith | dpsmith@smithfoote.com |
| Ross Foote | rfoote@smithfoote.com |
| Susan Segura | ssegura@smithfoote.com |
| Greg Odom | jodom@odrlaw.com |
| Stuart Des Roches | stuart@odrlaw.com |
| John Fitzpatrick | jfitzpatrick@odrlaw.com |
| Peter Kohn | pkohn@faruqilaw.com |
| Linda Nussbaum | lnussbaum@gelaw.com |
| John Radice | jradice@gelaw.com |

| | |
|---|---|
| Dianne Nast | dnast@rodanast.com |
| Erin Burns | eburns@rodanast.com |
| Steve Shadowen | sshadowen@hangley.com |
| Joseph Lukens | jlukens@hangley.com |
| Scott Perwin | sperwin@kennynachwalter.com |
| Lauren Ravkind | lravkind@kennynachwalter.com |
| Steven Sunshine | Steven.Sunshine@skadden.com |
| Julia York | Julia.York@skadden.com |
| Maria Raptis | Maria.Raptis@skadden.com |
| Joshua Smith | Joshua.Smith@skadden.com |
| Paul Eckles | Paul.Eckles@skadden.com |
| David Rabin | drabin@mmmlaw.com |
| Jason Eakes | jeakes@mmmlaw.com |
| Eric Grannon | egrannon@washdc.whitecase.com |
| J. Mark Gidley | mgidley@washdc.whitecase.com |
| Meytal McCoy | mmccoy@washdc.whitecase.com |
| Mark Trigg | triggm@gtlaw.com |
| Ryan Grelecki | greleckir@gtlaw.com |

Respectfully submitted, this 22nd day of November, 2010.

| | |
|---|---|
| Teresa T. Bonder** | /s/ John Roberti |
| Georgia Bar No. 703969 | Mark W. Ryan* |
| Matthew D. Kent** | John Roberti* |
| Georgia Bar No. 526272 | Christopher J. Kelly* |
| Alston & Bird LLP | Rebecca Valentine* |
| 1201 West Peachtree Street | Mayer Brown LLP |
| Atlanta, GA 30309-3424 | 1999 K Street NW |
| (404) 881-7000 (telephone) | Washington, D.C. 20006 |
| (404) 881-7777 (facsimile) | 202-263-3000 (telephone) |
| teresa.bonder@alston.com | 202-263-3300 (facsimile) |
| matthew.kent@alston.com | mryan@mayerbrown.com |
| | jroberti@mayerbrown.com |
| **Counsel for Unimed* | cjkelly@mayerbrown.com |
| *Pharmaceuticals, LLC and Abbott* | rvalentine@mayerbrown.com |
| *Products, Inc. f/k/a Solvay* | |
| *Pharmaceuticals, Inc. in all actions* | |

| | |
|---|---|
| *except Walgreen Co. v. Unimed Pharmaceuticals, LLC, 1:09-cv-3019* | Jeffrey I. Weinberger*<br>Rohit K. Singla*<br>Elisabeth J. Neubauer*<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100 (telephone)<br>(213) 683-5100 (facsimile)<br>jeffrey.weinberger@mto.com<br>rohit.singla@mto.com<br>elisabeth.neubauer@mto.com<br><br>* Practicing pursuant to this Court's Initial Case Management Order<br><br>*Counsel for Unimed Pharmaceuticals, LLC and Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc.* |
| Eric Grannon*<br>J. Mark Gidley*<br>White & Case LLP<br>701 13th Street, NW<br>Washington, D.C. 20005<br>(202) 626-3600 (telephone)<br>(202) 639-9355 (facsimile)<br>egrannon@whitecase.com<br>mgidley@whitecase.com<br><br>* Practicing pursuant to this Court's Initial Case Management Order | Mark G. Trigg<br>Georgia Bar No. 716295<br>Ryan C. Grelecki<br>Georgia Bar No. 245068<br>Greenberg Traurig LLP<br>3290 Northside Parkway, Suite 400<br>The Forum<br>Atlanta, GA 30327<br>(678) 553-2415 (telephone)<br>(678) 553-2212 (facsimile)<br>triggm@gtlaw.com<br>greleckir@gtlaw.com |

*Counsel for Par Pharmaceutical Companies, Inc. and Paddock Laboratories, Inc.*

Steven C. Sunshine*
Julia K. York*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
steven.sunshine@skadden.com
julia.york@skadden.com

* Practicing pursuant to this Court's Initial Case Management Order

David Alan Rabin
Georgia Bar No. 591469
Jason William Eakes
Georgia Bar No. 237048
Morris Manning & Martin, LLP
1600 Atlanta Financial Center
3443 Peachtree Road, N.E.
Atlanta, GA 30326-1044
(404) 233-7000 (telephone)
(404) 365-9532 (facsimile)
drabin@mmmlaw.com
jeakes@mmmlaw.com

*Counsel for Watson Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filings to all counsel of record.

Dated: November 22, 2010

                                                       s/ John Roberti
                                                     John Roberti
                                                     MAYER BROWN LLP
                                                     1999 K St. NW
                                                     Washington, D.C. 20006
                                                     (202) 263-3428 (telephone)
                                                     (202) 762-4228 (facsimile)
                                                     jroberti@mayerbrown.com