## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | CASE NO. 1:09-MD-2084-TWT<br><br>END-PAYOR CLASS ACTION |
| FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>UNIMED PHARMACEUTICALS, INC., ET AL.<br><br>Defendants. | CASE NO. 1:09-CV-2914-TWT |
| GEORGE STEVEN LEGRAND, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>UNIMED PHARMACEUTICALS,<br>INC., ET AL.<br><br>Defendants. | CASE NO. 1:10-CV-02883-TWT |

**END-PAYOR PLAINTIFFS' MOTION TO ISSUE
LETTER OF REQUEST (LETTER ROGATORY)
UNDER THE HAGUE CONVENTION
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>**

Plaintiffs, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund ("FOP") and Steven LeGrand (collectively "End-Payor Plaintiffs"), hereby move the Court, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and Article 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970 ("Hague Convention"), for the issuance of a Letter of Request (Letter Rogatory).

On February 25, 2011, the Direct Purchaser Plaintiffs[1] filed under seal a Motion to Issue Letter of Request (Letter Rogatory) Under the Hague Convention [Dkt. #196] likewise seeking the issuance of Letter Rogatory.  Because the reasons necessitating the issuance of the End-Payor Plaintiffs' Letter Rogatory are substantially similar to those articulated by the Direct Purchase Plaintiffs in their motion, the End-Payor Plaintiffs join in, adopt and incorporate by reference the

---

[1] Direct Purchaser Plaintiffs are Rochester Drug Co-Operative, Inc. (1:09-cv-0956-TWT); Louisiana Wholesale Drug Company, Inc. (1:09-cv-0957-TWT); Meijer Inc. and Meijer Distribution, Inc. (collectively, "Meijer")(1:09-cv-0958-TWT); and Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors and Stephen L. LaFrance Holdings, Inc. (1:09-cv-2913-TWT) who have brought suit on behalf of themselves and a class of direct purchasers of AndroGel; and Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP (1:09-cv-3019-TWT), Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., Caremark, L.L.C (1:09-cv-2776-TWT), and Supervalu Inc. (1:10-cv-1024-TWT).

Direct Purchasers' Motion to Issue Letter of Request (Letter Rogatory) Under the Hague Convention.

Respectfully submitted this 25th day of February, 2011.

                                        _____s/Marshall P. Dees_____
Corey D. Holzer
Georgia Bar No. 364698
Marshall P. Dees
Georgia Bar No. 105776
William W. Stone
Georgia Bar No. 273907
Holzer Holzer &Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: 770-392-0090
Facsimile: 770-392-0029
Email: cholzer@holzerlaw.com
       mdees@holzerlaw.com
       wstone@holzerlaw.com

Jayne A. Goldstein
Nathan C. Zipperian
Shepherd, Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124
Email:  jgoldstein@sfmslaw.com
       nzipperian@sfmslaw.com

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
55 State Street
Media, PA 19063

Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: nfinkelman@sfmslaw.com

Jim E. Miller
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com

Robert D. Klausner
Klausner & Kaufman, P.A.
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: 954-916-1202
Facsimile: 954-916-1232
Email:  bob@robertdklausner.com

Kenneth A. Wexler
Kara A. Elgersma
Chad E. Bell
Wexler Wallace LLP
55 West Monroe St.
Suite 3300
Chicago IL 606030
Telephone: 312-346-2222
Facsimile: 312-346-002
Email: kaw@wexlerwallace.com

*Attorneys for End-Payor Class Plaintiffs*

## CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 7.1D, the undersigned counsel for End-Payor Plaintiffs hereby certifies that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 25th day of February, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

_____s/Marshall P. Dees_____
Marshall P. Dees
Georgia Bar No. 105776