# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DISTRICT

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | Case No. 1:09-md-2084 (TWT) |

**THIS FILING APPLIES TO:**
**ALL DIRECT PURCHASER CLASS ACTIONS**
C.A. No. 1:2009cv00958-TWT
C.A. No. 1:2009cv00956-TWT
C.A. No. 1:2009cv00957-TWT
C.A. No. 1:2009cv02913-TWT

## ORDER APPOINTING PLAINTIFFS' LEADERSHIP STRUCTURE IN THE DIRECT PURCHASER CLASS ACTIONS

Counsel for all plaintiffs in the Direct Purchaser Class Actions currently before the Court in this multi-district proceeding have met and agreed upon a proposed organizational structure to prosecute the cases. In light of counsel's agreement and for good cause shown, it is hereby ordered as follows:

1.      The Court designates the following to act as Co-Lead Interim Class Counsel on behalf of all plaintiffs in Direct Purchaser Class Actions, with the responsibilities described below:

1

Grant & Eisenhofer, P.A.
Linda P. Nussbaum
John D. Radice
485 Lexington Avenue
New York, NY  10017
Tel: (646) 722-8500
Fax: (646) 722-8501

Berger & Montague, P.C.
Eric L. Cramer
David F. Sorensen
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 764-6620

Garwin Gerstein & Fisher LLP
Bruce E. Gerstein
Joseph Opper
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

    2.    The Court designates the following to act as Liaison Counsel on behalf of all plaintiffs in the Direct Purchaser Class Actions, with the responsibilities described below:

Kenneth S. Canfield
Doffermyre Shields Canfield & Knowles, LLC
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 881-8900

Fax: (404) 881-3007

3. Co-Lead Interim Class Counsel in consultation with Liaison Counsel shall be responsible for the prosecution of this matter including: (a) convening meetings of counsel; (b) initiation, response, scheduling, briefing and argument of all motions; (c) the scope, order and conduct of all discovery proceedings; (d) such work assignments to other counsel as they may deem appropriate; (e) the retention of experts; (f) designation of which attorneys may appear at hearings and conferences with the Court; (g) the timing and substance of any settlement negotiations with Defendants; (h) the presentation of any proposed settlements to the Court; and (i) other matters concerning the prosecution and resolution of the case.

4. Absent leave of Court to be granted only upon a showing of good cause, no motion shall be initiated or filed on behalf of any plaintiff in the Direct Purchaser Class Actions except through Interim Co-Lead Counsel or with the consent of Co-Lead Interim Class Counsel.

5. Co-Lead Interim Class Counsel or their designees shall have the sole authority to communicate with Defendants' counsel and the Court on behalf of the Direct Purchaser Class Actions. Defendants' counsel may rely on all agreements made with Co-Lead Interim Class Counsel in the Direct Purchaser Class Actions

and such agreements shall be binding on all counsel in the Direct Purchaser Class Actions.

6. Liaison Counsel shall be responsible for acting on behalf of all plaintiffs in the Direct Purchaser Class Actions on such matters as communications between the Court and other counsel, advising parties of developments in the case, and otherwise assisting in the coordination of activities and positions.

7. Time records. All counsel for plaintiffs in the Direct Purchaser Class Actions shall keep time records and shall periodically submit summaries or other records of time and expenses to Co-Lead Interim Class Counsel or their designee.

IT IS SO ORDERED this ____ day of _____, 2011.

_____
The Honorable Thomas W. Thrash
United States District Judge