# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:09-md-02084-TWT**
**IN RE: Androgel Antitrust Litigation (No. II)**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 03/01/2011.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 12:13 P.M.
TIME IN COURT: 1:53
COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:
David Balto representing Rochester Drug Co-Operative Inc
Teresa Bonder representing Abbott Products, Inc.
Teresa Bonder representing Solvay Pharmaceuticals Inc
Teresa Bonder representing Unimed Pharmaceuticals Inc
Kenneth Canfield representing CVS Pharmacy Inc.
Scott Perwin representing American Sales Company, Inc.
Scott Perwin representing HEB Grocery Company, LP
Scott Perwin representing Safeway Inc.
Scott Perwin representing Supervalu Inc.
Scott Perwin representing Walgreen Co.
John Roberti representing Solvay Pharmaceuticals Inc
John Roberti representing Unimed Pharmaceuticals Inc
Rohit Singla representing Solvay Pharmaceuticals Inc
Rohit Singla representing Unimed Pharmaceuticals Inc
David Sorensen representing Rochester Drug Co-Operative Inc
Mark Trigg representing Paddock Laboratories Inc
Mark Trigg representing Par Pharmaceuticals Inc

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON:
[151]Motion to Compel DENIED Without prejudice
[156]Motion for Protective Order DENIED Without prejudice
[157]Motion for Protective Order DENIED Without prejudice

MINUTE TEXT: The Court heard argument from counsel and denied the motions without prejudice for failure to comply with LR 37. Parties my refile after further consultations and narrowing the issues. The Court ordered that other courts may transfer to this MDL action any discovery disputes that are filed in their jurisdiction.

HEARING STATUS: Hearing Concluded