IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II) | MDL DOCKET NO. 2084 ALL CASES  1:09-MD-2084-TWT |

ORDER

This is an antitrust price fixing action. It is before the Court on the Direct Purchaser Plaintiffs' Motion to Issue Letter Rogatory [Doc. 196]. Considering the comity factors set forth in Societe Nationale Industrielle Aerospatiale v. U.S. Dist. Court for Southern Dist. of Iowa, 482 U.S. 522, 544 at n.28 (1987), particularly the importance to the litigation of the information requested and the availability of alternative means of securing the information, the Direct Purchaser Plaintiffs' Motion to Issue Letter Rogatory [Doc. 196] is DENIED.

SO ORDERED, this 12 day of April, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge