**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION II** | : **CASE NO. 1:09-MD-2084-TWT** <br> : <br> : **DIRECT PURCHASER CLASS** <br> : **ACTIONS** <br> : <br> : **DIRECT PURCHASER** <br> : **INDIVIDUAL ACTIONS** |
| **ROCHESTER DRUG CO-OPERATIVE, INC.,** <br>     **Plaintiff,** <br> **v.** <br><br> **UNIMED PHARMACEUTICALS, INC., ET AL.,** <br>     **Defendants.** | : <br> : <br> : <br> : **CASE NO. 1:09-CV-956-TWT** <br> : <br> : <br> : <br> : <br> : |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,** <br>     **Plaintiffs,** <br> **v.** <br><br> **UNIMED PHARMACEUTICALS, INC., ET AL.,** <br>     **Defendants.** | : <br> : <br> : <br> : <br> : **CASE NO. 1:09-CV-957-TWT** <br> : <br> : <br> : <br> : |
| **MEIJER, INC., ET AL.,** <br>     **Plaintiffs,** <br> **v.** <br><br> **UNIMED PHARMACEUTICALS,** | : <br> : <br> : **CASE NO. 1:09-CV-958-TWT** <br> : <br> : |

**INC., ET AL.,**
    **Defendants.**

       :
       :
       :

**STEPHEN L. LAFRANCE PHARMACY, INC., ET AL.,**
    **Plaintiffs,**

**v.**

**UNIMED PHARMACEUTICALS, INC., ET AL.,**
    **Defendants.**

**CASE NO. 1:09-CV-2913-TWT**

**RITE AID CORPORATION, ET AL.,**
    **Plaintiffs,**

**v.**

**UNIMED PHARMACEUTICALS, INC., ET AL.,**
    **Defendants.**

**CASE NO. 1:09-CV-2776-TWT**

**WALGREEN CO, ET AL.,**
    **Plaintiffs,**

**v.**

**UNIMED PHARMACEUTICALS, INC., ET AL.,**
    **Defendants.**

**CASE NO. 1:09-CV-3019-TWT**

**SUPERVALU, INC.,**
    **Plaintiff,**

**CASE NO. 1:10-CV-1024-TWT**

|   | : |
|---|---|
|   | : |
| **v.** | : |
|   | : |
| **UNIMED PHARMACEUTICALS,** | : |
| **INC., ET AL.,** | : |
| **Defendants.** | : |
|   | : |

## DIRECT PURCHASER PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANTS TO PRODUCE WITNESSES ON <u>PATENT MERITS ISSUES FOR DEPOSITION</u>

Defendant Solvay has unilaterally imposed a moratorium on discovery relating to patent issues in this case by refusing to produce duly noticed witnesses for depositions. Rather than seek a protective order from this Court as the law requires, *see e.g., Hepperle v. Johnston*, 590 F.2d 609, 613 (5th Cir. 1979); *Kelly v. Old Dominion Freight Line, Inc.*, 376 Fed. Appx. 909, 913 (11th Cir. 2010), Solvay has decided that patent discovery will not go forward until this Court rules on its pending motion to disqualify Plaintiffs' counsel. As Plaintiffs set forth in their opposition to Solvay's disqualification motion (Doc. No. 236), there is no basis for the extraordinary relief it seeks yet Solvay has acted as if its motion has been granted.

Solvay does not dispute that it never sought a court order relieving the witnesses under its control from appearing for their properly noticed depositions.

*See* Doc. No. 250 at 1-2. Solvay now admits that *it* – acting without court order – conditioned the patent depositions on the outcome of the counsel disqualification motion. *Id.* at 1. As the dates in Plaintiffs' notices of deposition have passed, Solvay and the witnesses under its control, Sandra Faulkner, S. George Kottayil, Robert E. Dudley, and Ronald Swerdloff, have defaulted on their obligation to appear for their depositions. For this reason alone, this Court should grant Plaintiffs' motion and order that these witnesses be produced for deposition.

Solvay contends that this motion is moot because it has offered to schedule patent depositions in late May or early June, *see* Doc. No. 250-1. The offer is completely disingenuous and pretextual, however, since Solvay proclaims that it "cannot allow" any Plaintiffs counsel to depose Solvay's patent witnesses because they may be tainted. Doc. No. 250-3. More importantly, it is for this Court – and not Solvay – to determine whether properly noticed depositions should go forward.

The instant motion to compel is not identical to Defendant's disqualification motions, as Solvay misrepresents. Doc. No. 250 at 2. This motion is about Defendants' disregard for the rules of civil procedure by failing to appear, or obtain a protective order relieving witnesses under Solvay's control from appearing, for their properly noticed depositions – an issue not covered in the disqualification motions.

As Solvay does not dispute that it has defaulted on its obligation to produce witnesses under its control for their properly noticed depositions, this Court should grant Plaintiffs' motion to compel and order that Sandra Faulkner, S. George Kottayil, Robert E. Dudley, and Ronald Swerdloff appear for deposition.

Respectfully submitted,

Date:  April 29, 2011

_____ /s/ *Kenneth S. Canfield* _____

Kenneth S. Canfield
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Telephone; (404) 881-8900
Facsimile (404) 881-3007

| | |
|---|---|
| Bruce E. Gerstein, Pro Hac Vice | David F. Sorensen, Pro Hac Vice |
| bgerstein@garwingerstein.com | dsorensen@bm.net |
| Joseph Opper, Pro Hac Vice | Eric Cramer, Pro Hac Vice |
| jopper@garwingerstein.com | ecramer@bm.net |
| Elena K. Chan, Pro Hac Vice | Ellen Noteware, Pro Hac Vice |
| echan@garwingerstein.com | enoteware@bm.net |
| GARWIN GERSTEIN & FISHER LLP | BERGER & MONTAGUE, P.C. |
| 1501 Broadway, Suite 1416 | 1622 Locust Street |
| New York, NY 10036 | Philadelphia, PA 19103 |
| Telephone: (212) 398-0055 | Telephone: (215)-875-4683 |
| Facsimile: (212 ) 764-6620 | Facsimile: (215)-875-4604 |
| | |
| David P. Smith | Joshua P. Davis (SBN. 193254) |
| dpsmith@smithfoote.com | davisj@usfca.edu |
| W. Ross Foote | LAW OFFICES OF JOSHUA P. |
| rfoote@smithfoote.com | DAVIS |
| Susan Segura | 437A Valley Street |

ssegura@smithfoote.com
THE SMITH FOOTE LAW FIRM LLP
720 Murray Street
P.O.Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318)487-1741

John Gregory Odom
jodom@odrlaw.com
Stuart Des Roches
stuart@odrlaw.com
Andrew Kelly
akelly@odrlaw.com
John Fitzpatrick
jfitzpatrick@odrlaw.com
ODOM & DES ROCHES
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

Russell A. Chorush
rchorush@hpcIlp.com
Miranda Jones
mjones@hpcllp.com
HEIM PAYNE & CHORUSH LLP
Chase Tower
600 Travis, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Counsel for Louisiana Drug Company,
Inc.*

Dianne M. Nast

San Francisco, CA 94131
Telephone: (415) 422-6223

David Balto
LAW OFFICES OF DAVID BAL TO
2600 Virginia Ave NW Suite 1111
Washington, DC 20037

*Counsel for Rochester Drug Co-
operative, Inc.*

Linda P. Nussbaum
John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

Joseph M. Vanek

dnast@rodanast.com
Erin C. Burns
eburns@rodanast.com
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Phone: 717-892-3000
Fax: 717-892-1200

*Counsel for Stephen L. Lafrance Pharmacy, Inc.*

Scott E. Perwin
sperwin@kennynachwalter.com
Lauren Ravkind
lravkind@kennynachwalter.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Walgreens, Inc and SuperValu.*

Steve D. Shadowen (PA41953)
sshadowen@hangley.com
Hangley Aronchick Segal & Pudlin
30 North Third Street
Harrisburg, PA 17101
Telephone: (717) 364-1030
Facsimile: (717) 364-1020

jvanek@vaneklaw.com
David P. Germaine
dgermaine@vaneklaw.com
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312)224-1500
Facsimile: (312) 224-1510

Paul E. Slater
pes@sperling-law.com
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312)641-6492

Joseph R. Saveri (SBN 130064)
isaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Jordan Elias (SBN 228731)
ielias@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone. (415) 956-1000

5

Facsimile. (415) 956-1008

Joseph T. Lukens (PA67405)
jlukens@hangley.com
Hangley Aronchick Segal & Pudlin
One Logan Square, Ste. 2700
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 496-7032
Facsimile: (215) 568-0300

*Counsel for Rite Aid Corporation*

Donald Perelman
dperelman@fineblack.com
Roberta Liebenberg
rliebenberg@fineblack.com
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
|  | **:** |  |
|  | **:** | **Case No. 1:09-md-2084-TWT** |
| **IN RE: ANDROGEL** | **:** |  |
| **ANTITRUST LITIGATION** | **:** | **DIRECT PURCHASER CLASS** |
| **(NO. II)** | **:** | **ACTIONS** |
|  | **:** | **DIRECT PURCHASER** |
|  | **:** | **INDIVIDUAL ACTIONS** |
|  | **:** |  |
|  | **:** |  |

**<u>CERTIFICATION</u>**

Submitting Counsel hereby certifies that the text of the foregoing document

has been prepared with Times New Roman 14 point, one of the fonts and point

selections approved by the Court, and complies in all respects with Local Rule

5.1(C) of the United States District Court, Northern District of Georgia.


Dated: April 29, 2011          By:___/s/ Kenneth S. Canfield_____
                               Kenneth S. Canfield
                               Ga. Bar. No. 107744
                               kcanfield@dsckd.com
                               1355 Peachtree Street, Suite 1600
                               Atlanta, Georgia 30309
                               Telephone; (404) 881-8900
                               Facsimile (404) 881-3007

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| | **:** | |
| | **:** | **Case No. 1:09-MD-2084-TWT** |
| **IN RE: ANDROGEL** | **:** | |
| **ANTITRUST LITIGATION** | **:** | **DIRECT PURCHASER CLASS** |
| **(NO. II)** | **:** | **ACTIONS** |
| | **:** | **DIRECT PURCHASER** |
| | **:** | **INDIVIDUAL ACTIONS** |

## CERTIFICATE OF SERVICE

I have this day served counsel for all parties in the foregoing matter with a copy of DIRECT PURCHASER PLAINTIFFS' REPLY MEMORANUM IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANTS TO PRODUCE WITNESSES ON PATENT MERITS ISSUES FOR DEPOSITION by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send an email notification and allow access to the filing to all counsel of record.

Dated:  April 29, 2011

By:   /s/ Kenneth S. Canfield
Kenneth S. Canfield
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Telephone; (404) 881-8900
Facsimile (404) 881-3007