# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS**<br><br>**DIRECT PURCHASER INDIVIDUAL ACTIONS** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>            Plaintiff,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>            Plaintiff,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>            Plaintiffs,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-958-TWT** |

| | |
|---|---|
| **STEPHEN L. LAFRANCE PHARM., INC. ET AL.,**<br><br>       **Plaintiff,**<br><br>                **v.**<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>       **Defendants.** | **CASE NO. 1:09-CV-2913-TWT** |
| **RITE AID CORPORATION, ET AL.,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>       **Defendants.** | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>       **Defendants.** | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU INC.,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>       **Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

**DIRECT PURCHASER PLAINTIFFS' AMENDED NOTICE OF
<u>TAKING THE VIDEOTAPED DEPOSITION OF S. GEORGE KOTTAYIL</u>**

**PLEASE TAKE NOTICE** that counsel for Direct Purchaser Plaintiffs will take the deposition upon oral examination of **S. George Kottayil** on **June 28, 2011, commencing at 9:30AM** at the following location:

> **Doffermyre Shields Canfield & Knowles, LLC**
> **1355 Peachtree Street, Suite 1600**
> **Atlanta, GA 30309**

Dr. Kottayil's testimony will be videotaped and transcribed by a court reporter. This deposition is being taken for the purpose of discovery, for use at trial, and/or for any other purposes permitted under the applicable Federal and Local Rules of Civil Procedure.

All counsel are invited to attend and cross-examine.

| | |
|---|---|
| Date: June 3, 2011 | _____/s/ *Kenneth S. Canfield*_____<br>Kenneth S. Canfield<br>Ga. Bar. No. 107744<br>kcanfield@dsckd.com<br>1355 Peachtree Street, Suite 1600<br>Atlanta, Georgia 30309<br>Telephone; (404) 881-8900<br>Facsimile (404) 881-3007 |
| Bruce E. Gerstein, Pro Hac Vice<br>bgerstein@garwingerstein.com<br>Joseph Opper, Pro Hac Vice<br>jopper@garwingerstein.com<br>Elena K. Chan, Pro Hac Vice<br>echan@garwingerstein.com<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br>Facsimile: (212 ) 764-6620 | David F. Sorensen, Pro Hac Vice<br>dsorensen@bm.net<br>Eric Cramer, Pro Hac Vice<br>ecramer@bm.net<br>Ellen Noteware, Pro Hac Vice<br>enoteware@bm.net<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215)-875-4683<br>Facsimile: (215)-875-4604 |

David P. Smith
dpsmith@smithfoote.com
W. Ross Foote
rfoote@smithfoote.com
Susan Segura
ssegura@smithfoote.com
THE SMITH FOOTE LAW FIRM LLP
720 Murray Street
P.O.Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318)487-1741

John Gregory Odom
jodom@odrlaw.com
Stuart Des Roches
stuart@odrlaw.com
Andrew Kelly
akelly@odrlaw.com
John Fitzpatrick
jfitzpatrick@odrlaw.com
ODOM & DES ROCHES
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

Russell A. Chorush
rchorush@hpcIlp.com
Miranda Jones
mjones@hpcllp.com
HEIM PAYNE & CHORUSH LLP
Chase Tower
600 Travis, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Joshua P. Davis (SBN. 193254)
davisj@usfca.edu
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

David Balto
LAW OFFICES OF DAVID BAL TO
2600 Virginia Ave NW Suite 1111
Washington, DC 20037

*Counsel for Rochester Drug Co-operative, Inc.*

Linda P. Nussbaum
John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Counsel for Louisiana Drug Company, Inc.*

| | |
|---|---|
| Dianne M. Nast | Joseph M. Vanek |
| dnast@rodanast.com | jvanek@vaneklaw.com |
| Erin C. Burns | David P. Germaine |
| eburns@rodanast.com | dgermaine@vaneklaw.com |
| RodaNast, P.C. | VANEK, VICKERS & MASINI, P.C. |
| 801 Estelle Drive | 111 South Wacker Drive, Suite 4050 |
| Lancaster, Pennsylvania 17601 | Chicago, IL 60606 |
| Phone: 717-892-3000 | Telephone: (312)224-1500 |
| Fax: 717-892-1200 | Facsimile: (312) 224-1510 |

*Counsel for Stephen L. Lafrance Pharmacy, Inc.*

| | |
|---|---|
| Scott E. Perwin | Paul E. Slater |
| sperwin@kennynachwalter.com | pes@sperling-law.com |
| Lauren Ravkind | SPERLING & SLATER |
| lravkind@kennynachwalter.com | 55 West Monroe Street, Suite 3200 |
| Kenny Nachwalter, P.A. | Chicago, Illinois 60603 |
| 1100 Miami Center | Telephone: (312) 641-3200 |
| 201 South Biscayne Boulevard | Facsimile: (312)641-6492 |
| Miami, Florida 33131-4327 | |
| Telephone: (305) 373-1000 | |
| Facsimile: (305) 372-1861 | |

*Counsel for Walgreens, Inc and SuperValu.*

| | |
|---|---|
| Steve D. Shadowen (PA41953) | Joseph R. Saveri (SBN 130064) |
| sshadowen@hangley.com | jsaveri@lchb.com |
| Hangley Aronchick Segal & Pudlin | Eric B. Fastiff (SBN 182260) |
| 30 North Third Street | efastiff@lchb.com |
| Harrisburg, PA 17101 | Jordan Elias (SBN 228731) |
| Telephone: (717) 364-1030 | jelias@lchb.com |
| Facsimile: (717) 364-1020 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| | Battery Street, Suite 3000 |

3

|  |  |
|---|---|
|  | San Francisco, CA 94111-3339 |
|  | Telephone. (415) 956-1000 |
|  | Facsimile. (415) 956-1008 |
| Joseph T. Lukens (PA67405) | Donald Perelman |
| jlukens@hangley.com | dperelman@fineblack.com |
| Hangley Aronchick Segal & Pudlin | Roberta Liebenberg |
| One Logan Square, Ste. 2700 | rliebenberg@fineblack.com |
| 18th and Cherry Streets | 1835 Market Street, 28th Floor |
| Philadelphia, PA 19103 | Philadelphia, Pennsylvania 19103 |
| Telephone: (215) 496-7032 | Telephone: (215) 567-6565 |
| Facsimile: (215) 568-0300 | Facsimile: (215) 568-5872 |
| *Counsel for Rite Aid Corporation* | *Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS**<br><br>**DIRECT PURCHASER INDIVIDUAL ACTIONS** |

**CERTIFICATE OF SERVICE**

Pursuant to Defendants' written consent to receive service of discovery materials via electronic means, I hereby certify that Direct Purchaser Plaintiffs' Amended Notice of Taking the Videotaped Deposition of S. George Kottayil has been served by electronic mail on the following attorneys of record for Defendants.

Mark W. Ryan – mryan@mayerbrown.com
John Roberti – jroberti@mayerbrown.com
Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
Rohit Singla – Rohit.Singla@mto.com
David Lachman – David.Lachman@mto.com
Adam Lawton – Adam.Lawton@mto
Christopher J. Kelly – cjkelly@mayerbrown.com
Teresa Bonder – Teresa.bonder@alston.com
Matthew Kent – matthew.kent@alston.com
Rebecca Valentine – rvalentine@mayerbrown.com
Steven Sunshine – Steven.Sunshine@skadden.com
Julia York – Julia.York@skadden.com
Maria Raptis – Maria.Raptis@skadden.com
Joshua Smith – Joshua.Smith@skadden.com
David Rabin – drabin@mmmlaw.com
Jason Eakes – jeakes@mmmlaw.com
Eric Grannon – egrannon@washdc.whitecase.com
J. Mark Gidley – mgidley@washdc.whitecase.com
Meytal McCoy – mmccoy@washdc.whitecase.com
Stephen LeBlanc – sleblanc@washdc.whitecase.com
Mark Trigg – triggm@gtlaw.com

Ryan Grelecki – greleckir@gtlaw.com

Date: June 3, 2011                         ____/s/ *Kenneth S. Canfield*____
                                           Kenneth S. Canfield
                                           Ga. Bar. No. 107744
                                           kcanfield@dsckd.com
                                           1355 Peachtree Street, Suite 1600
                                           Atlanta, Georgia 30309
                                           Telephone; (404) 881-8900
                                           Facsimile (404) 881-3007