# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION II | CASE NO. 1:09-MD-2084-TWT |
| | DIRECT PURCHASER CLASS ACTIONS |
| ROCHESTER DRUG CO-OPERATIVE, INC., | DIRECT PURCHASER INDIVIDUAL ACTIONS |
|     Plaintiff, | |
| v. | CASE NO. 1:09-CV-956-TWT |
| UNIMED PHARMACEUTICALS, LLC, et al., | |
|     Defendants. | |
| LOUISIANA WHOLESALE DRUG CO., INC., et al., | |
|     Plaintiffs, | |
| v. | CASE NO. 1:09-CV-957-TWT |
| UNIMED PHARMACEUTICALS, LLC, et al., | |
|     Defendants. | |
| MEIJER, INC., et al., | |
|     Plaintiffs, | |
| v. | CASE NO. 1:09-CV-958-TWT |
| UNIMED PHARMACEUTICALS, LLC, et al., | |
|     Defendants. | |

| | |
|---|---|
| **STEPHEN L. LAFRANCE PHARMACY, INC., et al.,**  :<br>  Plaintiffs,  :<br>  :<br>  v.  :<br>  :<br>**UNIMED PHARMACEUTICALS, LLC, et al.,**  :<br>  :<br>  Defendants.  :<br>_____ : | **CASE NO. 1:09-CV-2913-TWT** |
| **RITE AID CORPORATION, et al.,**  :<br>  Plaintiffs,  :<br>  :<br>  v.  :<br>  :<br>**UNIMED PHARMACEUTICALS, LLC, et al.,**  :<br>  Defendants.  :<br>_____ : | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO, et al.,**  :<br>  Plaintiffs,  :<br>  :<br>  v.  :<br>  :<br>**UNIMED PHARMACEUTICALS, LLC, et al.,**  :<br>  :<br>  Defendants.  :<br>_____ : | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**  :<br>  Plaintiff,  :<br>  :<br>  v.  :<br>  :<br>**UNIMED PHARMACEUTICALS, LLC, et al.,**  :<br>  Defendants.  :<br>_____ : | **CASE NO. 1:10-CV-1024-TWT** |

### NOTICE OF SERVICE OF 30(b)(6) NOTICE OF DEPOSITION TO DEFENDANTS ABBOTT PRODUCTS, INC. F/K/A SOLVAY PHARMACEUTICALS, INC. AND UNIMED PHARMACEUTICALS, LLC

Pursuant to Defendants' written consent to receive service of discovery requests and responses via electronic means, I hereby certify that I have this day served by electronic mail **30(b)(6) NOTICE OF DEPOSITION TO DEFENDANTS ABBOTT PRODUCTS, INC. F/K/A SOLVAY PHARMACEUTICALS, INC. AND UNIMED PHARMACEUTICALS, LLC** on the following attorneys of record for Defendants:

>Mark W. Ryan – mryan@mayerbrown.com
>John Roberti – jroberti@mayerbrown.com
>Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
>Rohit Singla – Rohit.Singla@mto.com
>David Lachman – David.Lachman@mto.com
>Adam.Lawton – Adam.Lawton@mto.com
>Christopher J. Kelly – cjkelly@mayerbrown.com
>Teresa Bonder – Teresa.bonder@alston.com
>Matthew Kent – matthew.kent@alston.com
>Rebecca Valentine – rvalentine@mayerbrown.com
>Steven Sunshine – Steven.Sunshine@skadden.com
>Julia York – Julia.York@skadden.com
>Maria Raptis – Maria.Raptis@skadden.com
>Joshua Smith – Joshua.Smith@skadden.com
>David Rabin – drabin@mmmlaw.com
>Jason Eakes – jeakes@mmmlaw.com
>Eric Grannon – egrannon@washdc.whitecase.com
>J. Mark Gidley – mgidley@washdc.whitecase.com
>Meytal McCoy – mmccoy@washdc.whitecase.com
>Stephen LeBlanc – sleblanc@washdc.whitecase.com
>Mark Trigg – triggm@gtlaw.com

**Dated: June 8, 2011**               **By:** ____/s/ *Kenneth S. Canfield*_____
                                      Kenneth S. Canfield, Ga. Bar No. 107744
                                      KCanfield@dsckd.com
                                      **DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
                                      1355 Peachtree Street, N.E., Suite 1600
                                      Atlanta, GA 30309
                                      Phone: (404) 881-8900; Fax: (404) 881-3007