# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**END-PAYOR CLASS ACTION** |
| **FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND,** on behalf of itself and all others similarly situated,<br>    Plaintiff,<br>      v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>    Defendants. | **CASE NO. 1:09-CV-2914-TWT** |
| **GEORGE STEVEN LEGRAND,** on behalf of himself and all others similarly situated,<br>    Plaintiff,<br>      v.<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br>    Defendants. | **CASE NO. 1:10-CV-02883-TWT** |

**END-PAYOR CLASS PLAINTIFFS' RULE 30(b)(6) NOTICE OF
<u>DEPOSITION OF DEFENDANT UNIMED PHARMACEUTICALS, LLC</u>**

|  | CASE NO. 1:11-cv-334-TWT |
|---|---|
| **HEALTH NET, INC.,**<br>　　　　　Plaintiff,<br>　v.<br>**SOLVAY PHARMACEUTICALS, INC. and UNIMED PHARMACEUTICALS, INC.,**<br>　　　　　Defendants. | |

### END-PAYOR CLASS PLAINTIFFS' RULE 30(b)(6) NOTICE OF DEPOSITION OF DEFENDANT UNIMED PHARMACEUTICALS, LLC

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), End-Payor Class Plaintiffs will take the deposition upon oral examination of Defendants Abbott Products Inc. f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals, LLC (collectively "Unimed") at a time and place mutually acceptable to End-Payor Class Plaintiffs and Unimed.  The deposition will be taken before an officer duly authorized by law to take depositions and to administer oaths.  The examination will be recorded by stenographic means and/or sound and visual recording means.  The oral examination will continue from day to day until its completion.  The deposition is being taken for the purpose of discovery, for use at trial, or for any other such purposes as are permitted under the Federal Rules of Civil Procedure and/or the local rules of the United States District Court for the Northern District of Georgia.

1

Unimed is asked to designate, in advance and in writing, one or more of its executives, officers, directors, presidents, vice-presidents, managing agents or other persons who are most qualified to testify on Unimed's behalf with respect to the matters described in Exhibit A annexed hereto.

Respectfully submitted this 13th day of June, 2011.

               \_\_\_\_s/Marshall P. Dees_____
               Marshall P. Dees
               Georgia Bar No. 105776
               Corey D. Holzer
               Georgia Bar No. 364698
               William W. Stone
               Georgia Bar No. 273907
               Holzer Holzer &Fistel, LLC
               200 Ashford Center North, Suite 300
               Atlanta, GA  30338
               Telephone: 770-392-0090
               Facsimile: 770-392-0029
               Email: cholzer@holzerlaw.com
                  mdees@holzerlaw.com
                  wstone@holzerlaw.com


               Jayne A. Goldstein
               Nathan C. Zipperian
               Shepherd, Finkelman, Miller & Shah, LLP
               1640 Town Center Circle, Suite 216
               Weston, FL  33326
               Telephone: (954) 515-0123
               Facsimile: (954) 515-0124
               Email:  jgoldstein@sfmslaw.com
                  nzipperian@sfmslaw.com

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
55 State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: nfinkelman@sfmslaw.com


Jim E. Miller
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com

Robert D. Klausner
Klausner & Kaufman, P.A.
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: 954-916-1202
Facsimile: 954-916-1232
Email:  bob@robertdklausner.com

Kenneth A. Wexler
Kara A. Elgersma
Chad E. Bell
Wexler Wallace LLP
55 West Monroe St.
Suite 3300
Chicago IL 606030
Telephone: 312-346-2222
Facsimile: 312-346-002
Email: kaw@wexlerwallace.com

*Attorneys for End-Payor Class Plaintiffs*

Thomas M. Sobol
Edward Notargiacomo
Robert M. McGill
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Attorneys for Health Net Inc*

4

**CERTIFICATE OF SERVICE**

Pursuant to Defendants' written consent to receive service of discovery requests via electronic means, I hereby certify that on June 13, 2011, I served by electronic mail End-Payor Class Plaintiffs' 30(B)(6) Notice of Deposition of Defendants Unimed Pharmaceuticals, LLC on the following attorneys of record for Defendants:

Mark W. Ryan – mryan@mayerbrown.com
John Roberti – jroberti@mayerbrown.com
Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
Rohit Singla – Rohit.Singla@mto.com
Christopher J. Kelly – cjkelly@mayerbrown.com
Teresa Bonder – Teresa.bonder@alston.com
Matthew Kent – matthew.kent@alston.com
Rebecca Valentine – rvalentine@mayerbrown.com
Steven Sunshine – Steven.Sunshine@skadden.com
Julia York – Julia.York@skadden.com
Maria Raptis – Maria.Raptis@skadden.com
David Rabin – drabin@mmmlaw.com
Jason Eakes – jeakes@mmmlaw.com
Eric Grannon – egrannon@washdc.whitecase.com
J. Mark Gidley – mgidley@washdc.whitecase.com
Meytel McCoy – mmccoy@wahdc.whitecase.com
Mark Trigg – triggm@gtlaw.com
Ryan Grelecki – greleckir@gtlaw.com
Paul M. Eckles – paul.eckles@skadden.com

In addition, a true and correct copy of this Notice has also been filed electronically with the Clerk of Court via ECF.

/s/ Marshall P. Dees