**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**END-PAYOR CLASS ACTION** |
| **FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND, on behalf of itself and all others similarly situated,**<br>**Plaintiff,**<br>**v.**<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br><br>**Defendants.** | **CASE NO. 1:09-CV-2914-TWT** |
| **GEORGE STEVEN LEGRAND, on behalf of himself and all others similarly situated,**<br>**Plaintiff,**<br>**v.**<br>**UNIMED PHARMACEUTICALS, INC., ET AL.**<br>**Defendants.** | **CASE NO. 1:10-CV-02883-TWT** |
| **HEALTH NET, INC.,**<br>**Plaintiff,**<br>**v.**<br>**SOLVAY PHARMACEUTICALS, INC. and UNIMED PHARMACEUTICALS, INC.,**<br>**Defendants.** | **CASE NO. 1:11-cv-334-TWT** |

**AMENDED END-PAYOR CLASS PLAINTIFFS' NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF S. GEORGE KOTTAYIL**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, End-Payor Class Plaintiffs, by their counsel, have caused or are in the process of causing to be served an Amended End-Payor Class Plaintiffs' Subpoena To Testify At A Deposition In A Civil Action upon deponent, S. George Kottayil. The deposition will commence on June 29, 2011 at 9:30 a.m. and will be taken at the following location:

Doffermyre Shields Canfield & Knowles, LLC
1355 Peachtree Street, Suite 1600
Atlanta GA 30309

A true and correct copy of the subpoena is attached hereto as Exhibit A.

Date: June 17, 2011.

s/Marshall P. Dees

Marshall P. Dees
Georgia Bar No. 105776
Corey D. Holzer
Georgia Bar No. 364698
William W. Stone
Georgia Bar No. 273907
Holzer Holzer &Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770-392-0090
Facsimile: 770-392-0029
Email: cholzer@holzerlaw.com
mdees@holzerlaw.com
wstone@holzerlaw.com

Jayne A. Goldstein
Nathan C. Zipperian
Shepherd, Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124
Email: jgoldstein@sfmslaw.com
nzipperian@sfmslaw.com

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
55 State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: nfinkelman@sfmslaw.com

Jim E. Miller
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com

Robert D. Klausner
Klausner & Kaufman, P.A.
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: 954-916-1202
Facsimile: 954-916-1232
Email: bob@robertdklausner.com

Kenneth A. Wexler
Kara A. Elgersma
Chad E. Bell
Wexler Wallace LLP
55 West Monroe St.
Suite 3300
Chicago IL 606030
Telephone: 312-346-2222
Facsimile: 312-346-002
Email: kaw@wexlerwallace.com

Thomas M. Sobol
Edward Notargiacomo
Robert M. McGill
HAGENS BERMAN SOBOL
SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Attorneys for End-Payor Class Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Defendants' written consent to receive service of discovery requests via electronic means, I hereby certify that on June 17, 2011, I served by electronic mail Amended End Payor Class Plaintiffs' Notice of Taking the Videotaped Deposition of S. George Kottayil on the following attorneys of record for Defendants:

Mark W. Ryan – mryan@mayerbrown.com
John Roberti – jroberti@mayerbrown.com
Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
Rohit Singla – Rohit.Singla@mto.com
Christopher J. Kelly – cjkelly@mayerbrown.com
Teresa Bonder – Teresa.bonder@alston.com
Matthew Kent – matthew.kent@alston.com
Rebecca Valentine – rvalentine@mayerbrown.com
Steven Sunshine – Steven.Sunshine@skadden.com
Julia York – Julia.York@skadden.com
Maria Raptis – Maria.Raptis@skadden.com
David Rabin – drabin@mmmlaw.com
Jason Eakes – jeakes@mmmlaw.com
Eric Grannon – egrannon@washdc.whitecase.com
J. Mark Gidley – mgidley@washdc.whitecase.com
Meytel McCoy – mmccoy@wahdc.whitecase.com
Mark Trigg – triggm@gtlaw.com
Ryan Grelecki – greleckir@gtlaw.com
Paul M. Eckles – paul.eckles@skadden.com
Elisabeth Neubauer – Elisabeth.Neubauer@mto.com

In addition, a true and correct copy of this Notice of Subpoena has also been filed electronically with the Clerk of Court via ECF.

/s/ Marshall P. Dees