# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS** |
| ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,<br>        Plaintiff,<br>            v.<br>UNIMED PHARMACEUTICALS, LLC, ET AL.,<br>        Defendants. | **CASE NO. 1:09-CV-956-TWT** |
| LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,<br>        Plaintiff,<br>            v.<br>UNIMED PHARMACEUTICALS, LLC, ET AL.,<br>        Defendants. | **CASE NO. 1:09-CV-957-TWT** |
| MEIJER, INC., ET AL.,<br>        Plaintiffs,<br>            v.<br>UNIMED PHARMACEUTICALS, LLC, ET AL.,<br>        Defendants. | **CASE NO. 1:09-CV-958-TWT** |

## JOINT MOTION AND PROPOSED ORDER REGARDING ABSENT CLASS MEMBER DISCOVERY

Whereas Defendants[1] have served subpoenas seeking documents and noticing depositions (the "subpoenas") from absent members of the putative Direct Purchaser Class ("absent class members");

Whereas Direct Purchaser Class Plaintiffs ("Plaintiffs")[2] object to all discovery from absent class members without prior court approval and a showing of particularized need and lack of undue burden, and seek to file a Motion for a Protective Order Quashing and/or Directing Defendants to Withdraw their Subpoenas on Absent Class Members ("Protective Order Motion");

Whereas Defendants have agreed to refrain from taking those depositions of any absent class members to permit the Court time to rule on Plaintiffs' anticipated Protective Order Motion;

Whereas Plaintiffs do not object to depositions of absent class members taking place after July 15, 2011, or to any motion practice arising from such depositions, if their Protective Order Motion is denied, and

---

[1] Defendants are Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc., Unimed Pharmaceuticals, LLC, Watson Pharmaceuticals, Inc., Paddock Laboratories, Inc., and Par Pharmaceutical Companies, Inc.

[2] Direct Purchaser Class Plaintiffs are Rochester Drug Cooperative, Inc., Louisiana Wholesale Drug Company, Inc., Meijer Inc. and Meijer Distribution, Inc., who have brought suit on behalf of themselves and a class of direct purchasers of AndroGel.

Whereas, if Plaintiffs' motion for class certification does not fall due by October 15, 2011, the parties will meet and confer to determine whether further alteration to the schedule is required,

Therefore, Plaintiffs and Defendants jointly move the Court to order, for good cause shown, that

In the event the Court denies the Protective Order Motion, and without prejudice to the rights of individual absent class members, the Scheduling Order entered March 16, 2011, is modified to permit Defendants to complete depositions of absent class members, and to bring any motions resulting from such depositions, after July 15, 2011.  Such depositions, if permitted, must be completed within 45 days of the Court's ruling, and Defendants may not serve additional subpoenas on absent class members.  Plaintiffs' opening motion for class certification would be due on the latest of (1) 30 days after the last deposition;  (2) 30 days after the Court rules on Plaintiffs' Motion for Protective Order; or (3) August 15, 2011.  The remainder of the class briefing schedule would proceed from there, with the intervals remaining the same.  In all other respects, the March 16, 2011 Scheduling Order remains in force.

SO ORDERED.


Date: 6/27/11                                    /s/Thomas W. Thrash
                                                 Hon. Thomas W. Thrash, Jr.
                                                 United States District Judge


Respectfully submitted, on this 24th day of June, 2011, by:

| | |
|---|---|
| Defendants: | Direct Purchaser Class Plaintiffs: |

Abbott Products, Inc. f/k/a Solvay
Pharmaceuticals, Inc., Unimed
Pharmaceuticals, LLC

By: _/s/ Rohit K. Singla_____
Rohit K Singla
Munger, Tolles & Olsen LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
e-mail: rohit.singla@mto.com


Watson Pharmaceuticals, Inc.

By: __/s/ Julia York_____
Julia York
Skadden, Arps, Slate, Meagher & Flom
LLP
1440 New York Avenue, NW
Washington, DC 20005
e-mail: julia.york@skadden.com


Paddock Laboratories, Inc., and Par
Pharmaceutical Companies, Inc.


By: __/s/ Eric Grannon_____
Eric Grannon

Rochester Drug Cooperative, Inc.

By: ___/s/ David F. Sorensen ___
David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia PA 19103
e-mail: dsorensen@bm.net


Louisiana Wholesale Drug Company,
Inc.

By: ___/s/ Joseph Opper_____
Joseph Opper
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
e-mail: jopper@garwingerstein.com


Meijer Inc. and Meijer Distribution, Inc.

By: ___/s/ John D. Radice ___
John D. Radice
Grant & Eisenhofer, P.A.

White & Case LLP
701 13th Street, NW
Washington, DC 20005
e-mail: egrannon@whitecase.com

485 Lexington Avenue
New York, NY 10017
e-mail: jradice@gelaw.com