# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER INDIVIDUAL ACTIONS** |
| **RITE AID CORPORATION, ET AL.,**<br>        Plaintiffs,<br><br>                v.<br><br>**UNIMED PHARMACEUTICALS, INC., ET AL.,**<br>        Defendants. | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>        Plaintiffs,<br><br>                v.<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>        Defendants. | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br>        Plaintiff,<br><br>                v.<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>        Defendants. | **CASE NO. 1:10-CV-1024-TWT** |

# ORDER
# REGARDING INDIVIDUAL DIRECT PURCHASER DISCOVERY

Whereas Defendants Abbott Products, Inc. f/k/a Solvay (hereinafter "Solvay"); Unimed Pharmaceuticals, Inc.; Par Pharmaceutical Companies, Inc.; Paddock Laboratories, Inc.; and Watson Pharmaceuticals, Inc. (collectively, "Defendants") timely served their Third Set of Requests for Production of Documents on Plaintiffs CVS Pharmacy, Inc.; Caremark L.L.C.; Walgreen Co., and Rite Aid Corp. (collectively, "Plaintiffs") on June 10, 2011;

Whereas Individual Direct Purchaser Plaintiffs CVS Pharmacy, Inc.; Caremark L.L.C.; Walgreen Co., and Rite Aid Corp. timely served their Responses to Defendants' Third Set of Requests for Production of Documents on July 13, 2011;

Whereas, pursuant to Local Rule 37.1(B), the deadline to move to compel further responses to Defendants' Third Set of Requests for Production of Documents is August 1, 2011;

Whereas Defendants and Plaintiffs are continuing to meet and confer to discuss whether the parties can resolve their disputes regarding Plaintiffs' Responses to Defendants' Third Set of Requests for Production of Documents without the need for judicial intervention;

Therefore, Plaintiffs and Defendants jointly move the Court to ORDER, for good cause shown, that:

1. Defendants may seek to compel further responses to Defendants' Third Set of Requests for Production of Documents to Plaintiffs CVS Pharmacy, Inc.; Caremark L.L.C.; Walgreen Co., and Rite Aid Corp. until August 15, 2011.

2. In all other respects, the March 16, 2011 Scheduling Order, as revised by the Order Regarding Absent Class Member Discovery, MDL Dkt. No 352, and the Order Regarding Direct Purchaser Discovery After July 15, 2011, MDL Dkt. No. 374, remains in force.

SO ORDERED.

Date: August 2, 2011

/s/Thomas W. Thrash
Hon. Thomas W. Thrash, Jr.
United States District Judge

**Defendants:**

Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc., Unimed Pharmaceuticals, LLC

By: */s/ Rohit K. Singla*_____
Rohit K. Singla
Munger, Tolles & Olsen LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
e-mail: rohit.singla@mto.com

**Direct Purchaser Individual Plaintiffs:**

CVS Pharmacy, Inc., Caremark L.L.C. and Rite Aid Corporation

By: */s/ Joseph T. Lukens*_____
Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, Ste. 2700
18th and Cherry Streets
Philadelphia, PA 19103
e-mail: jlukens@hangley.com

Watson Pharmaceuticals, Inc.

By: __/s/ Julia York_____
Julia York
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
e-mail: julia.york@skadden.com

Par Pharmaceutical Companies, Inc. and Paddock Laboratories, Inc.

By: __/s/ Eric Grannon_____
Eric Grannon
White & Case LLP
701 13th Street, NW
e-mail: egrannon@whitecase.com

Walgreen Co., Safeway, Inc., American Sales Company, Inc., HEB Grocery Company, LP; and Supervalu, Inc.

By: _/s/ Scott Perwin_____
Scott Perwin
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
e-mail: sperwin@kennynachwalter.com