IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**  **END-PAYOR CLASS ACTION** |
| **FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND,** on behalf of itself and all others similarly situated, Plaintiff, v. **UNIMED PHARMACEUTICALS, INC., ET AL.** Defendants. | **CASE NO. 1:09-CV-2914-TWT** |
| **GEORGE STEVEN LEGRAND,** on behalf of himself and all others similarly situated, Plaintiff, v. **UNIMED PHARMACEUTICALS, INC., ET AL.** Defendants. | **CASE NO. 1:10-CV-02883-TWT** |
| **HEALTH NET, INC.,** Plaintiff, v. **SOLVAY PHARMACEUTICALS, INC. and UNIMED PHARMACEUTICALS, INC.,** Defendants. | **CASE NO. 1:11-cv-334-TWT** |

**END-PAYOR CLASS PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED DEPOSITION OF MARIANNE C. MANN**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, End-Payor Class Plaintiffs, through their counsel, will take the deposition of Marianne C. Mann at 9:30 am on January 10, 2012.  The deposition will be videotaped and the testimony transcribed by a court reporter. The deposition is being taken for all purposes permissible under the Federal Rules of Civil Procedure, including for use at trial. The deposition will take place at:

>Cohen Milstein Sellers & Toll PLLC
>1100 New York Avenue NW, Suite 500 West
>Washington DC 20005

Date: December 14, 2011.

>/s Marshall P. Dees
>Marshall P. Dees
>Georgia Bar No. 105776
>Holzer Holzer & Fistel, LLC
>200 Ashford Center North, Suite 300
>Atlanta, GA  30338
>Telephone: 770-392-0090
>Facsimile: 770-392-0029
>Email: wstone@holzerlaw.com
>
>Jayne A. Goldstein
>Shepherd, Finkelman, Miller & Shah, LLP
>1640 Town Center Circle, Suite 216
>Weston, FL  33326
>Telephone: (954) 515-0123
>Facsimile: (954) 515-0124
>
>Thomas M. Sobol
>Edward Notargiacomo

1

2

        HAGENS BERMAN SOBOL
SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Attorneys for End-Payor Class Plaintiffs*

# CERTIFICATE OF SERVICE

Pursuant to Defendants' written consent to receive service of discovery requests via electronic means, I hereby certify that on December 14, 2011, I served by electronic mail End Payor Class Plaintiffs' Notice of Taking the Videotaped Deposition of Marianne C. Mann on the following attorneys of record for Defendants:

 Mark W. Ryan – mryan@mayerbrown.com
 John Roberti – jroberti@mayerbrown.com
 Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
 Rohit Singla – Rohit.Singla@mto.com
 Christopher J. Kelly – cjkelly@mayerbrown.com
 Teresa Bonder – Teresa.bonder@alston.com
 Matthew Kent – matthew.kent@alston.com
 Rebecca Valentine – rvalentine@mayerbrown.com
 Steven Sunshine – Steven.Sunshine@skadden.com
 Julia York – Julia.York@skadden.com
 Maria Raptis – Maria.Raptis@skadden.com
 David Rabin – drabin@mmmlaw.com
 Jason Eakes – jeakes@mmmlaw.com
 Eric Grannon – egrannon@washdc.whitecase.com
 J. Mark Gidley – mgidley@washdc.whitecase.com
 Meytel McCoy – mmccoy@wahdc.whitecase.com
 Mark Trigg – triggm@gtlaw.com
 Ryan Grelecki – greleckir@gtlaw.com
 Paul M. Eckles – paul.eckles@skadden.com

In addition, a true and correct copy of this Notice of Deposition has also been filed electronically with the Clerk of Court via ECF.

           /s/  Marshall P. Dees