# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS**<br>**DIRECT PURCHASER INDIVIDUAL ACTIONS** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>            Plaintiff,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>            Plaintiff,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>            Plaintiffs,<br>                        v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-958-TWT** |

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br>    **Plaintiffs,**<br>v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>    **Defendants.** | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>    **Plaintiffs,**<br>v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>    **Defendants.** | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU INC.,**<br>    **Plaintiffs,**<br>v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>    **Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

**DIRECT PURCHASER PLAINTIFFS' AMENDED NOTICE OF TAKING
THE VIDEOTAPED DEPOSITION OF MARIANNE C. MANN**

**PLEASE TAKE NOTICE** that counsel for Direct Purchaser Plaintiffs will take the deposition upon oral examination of **Marianne C. Mann** on **January 11, 2012, commencing at 10:00 AM** at the following location:

> **Cohen Milstein Sellers & Toll PLLC**
> **1100 New York Avenue NW**
> **Suite 500 West**
> **Washington, DC 20005**

Dr. Mann's testimony will be videotaped and transcribed by a court reporter. This deposition is being taken for the purpose of discovery, for use at trial, and/or for any other purposes permitted under the applicable Federal and Local Rules of Civil Procedure.

Date: January 10, 2012          /s/ *Kenneth S. Canfield*
                                                  Kenneth S. Canfield
                                                  Ga. Bar. No. 107744
                                                  kcanfield@dsckd.com
                                                  1355 Peachtree Street, Suite 1600
                                                  Atlanta, Georgia 30309
                                                  Telephone; (404) 881-8900
                                                  Facsimile (404) 881-3007

| | |
|---|---|
| Bruce E. Gerstein, Pro Hac Vice | David F. Sorensen, Pro Hac Vice |
| bgerstein@garwingerstein.com | dsorensen@bm.net |
| Joseph Opper, Pro Hac Vice | Eric Cramer, Pro Hac Vice |
| jopper@garwingerstein.com | ecramer@bm.net |
| Elena K. Chan, Pro Hac Vice | Ellen Noteware, Pro Hac Vice |
| echan@garwingerstein.com | enoteware@bm.net |
| GARWIN GERSTEIN & FISHER LLP | BERGER & MONTAGUE, P.C. |
| 1501 Broadway, Suite 1416 | 1622 Locust Street |
| New York, NY 10036 | Philadelphia, PA 19103 |
| Telephone: (212) 398-0055 | Telephone: (215)-875-4683 |
| Facsimile: (212 ) 764-6620 | Facsimile: (215)-875-4604 |
| | |
| David P. Smith | Joshua P. Davis (SBN. 193254) |
| dpsmith@smithfoote.com | davisj@usfca.edu |
| Susan Segura | LAW OFFICES OF JOSHUA P. DAVIS |
| ssegura@smithfoote.com | |
| SMITH SEGURA & RAPHAEL LLP | 437A Valley Street |
| 3600 Jackson Street, Suite 111 | San Francisco, CA 94131 |
| P.O. Box 1632 | Telephone: (415) 422-6223 |
| Alexandria, LA 71309-1632 | |
| Telephone: (318) 445-4480 | |
| Facsimile: (318)487-1741 | |

John Gregory Odom
jodom@odrlaw.com
Stuart Des Roches
stuart@odrlaw.com
Andrew Kelly
akelly@odrlaw.com
John Fitzpatrick
jfitzpatrick@odrlaw.com
ODOM & DES ROCHES
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

Russell A. Chorush
rchorush@hpcIlp.com
Miranda Jones
mjones@hpcllp.com
HEIM PAYNE & CHORUSH LLP
Chase Tower
600 Travis, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Counsel for Louisiana Drug Company, Inc.*

Scott E. Perwin
sperwin@kennynachwalter.com
Lauren Ravkind
lravkind@kennynachwalter.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

David Balto
LAW OFFICES OF DAVID BAL TO
2600 Virginia Ave NW Suite 1111
Washington, DC 20037

*Counsel for Rochester Drug Co-operative, Inc.*

Linda P. Nussbaum
John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

Joseph M. Vanek
jvanek@vaneklaw.com
David P. Germaine
dgermaine@vaneklaw.com
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312)224-1500
Facsimile: (312) 224-1510

*Counsel for Walgreens, Inc and SuperValu.*

Steve D. Shadowen (PA41953)
sshadowen@hangley.com
Hangley Aronchick Segal & Pudlin
30 North Third Street
Harrisburg, PA 17101
Telephone: (717) 364-1030
Facsimile: (717) 364-1020

Barry Refsin
brefsin@hangley.com
Hangley Aronchick Segal & Pudlin
One Logan Square, Ste. 2700
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 496-7032
Facsimile: (215) 568-0300

*Counsel for Rite Aid Corporation*

Paul E. Slater
pes@sperling-law.com
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312)641-6492

Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Jordan Elias (SBN 228731)
jelias@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone. (415) 956-1000
Facsimile. (415) 956-1008

Donald Perelman
dperelman@fineblack.com
Roberta Liebenberg
rliebenberg@fineblack.com
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to Defendants' written consent to receive service of notices of expert deposition via electronic means, I hereby certify that all defense counsel in the foregoing matter have been served with a copy of the foregoing Amended Notice of Taking the Deposition of Marianne C. Mann via electronic mail.


Date:  January 10, 2012                    ___/s/ *Kenneth S. Canfield*_____