IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **CASE NO. 1:09-MD-2084-TWT**<br><br>**DIRECT PURCHASER CLASS ACTIONS**<br><br>**DIRECT PURCHASER INDIVIDUAL ACTIONS**<br><br>**END-PAYOR CLASS ACTIONS** |

## ORDER

During the status conference held on May 2, 2012, several matters raised by the parties' proposed agenda were addressed by the Court, including a dispute regarding the attendance of outside counsel for the Direct Purchaser Individual Plaintiffs at the upcoming depositions of the National Wholesalers and several suggestions to modify the procedures pertaining to the sealing of documents. Upon consideration of these matters, it is hereby Ordered as follows:

1.  Outside counsel for the Direct Purchaser Individual Plaintiffs are permitted to attend the depositions of the National Wholesalers and must comply with the Court's existing protective orders.

1

2. The parties shall refrain from seeking to re-file on the public dockets documents that have already been filed under seal.

3. When a portion of a voluminous deposition, expert report, or other document is referenced in a motion or other filing, the party shall designate for inclusion in the record only the relevant portions of the document.

4. An Order denying a motion to file under seal shall be deemed a determination by this Court that such document is not "Confidential" or "Highly Confidential" under the Protective Orders (Doc. Nos. 46, 636) and may be filed in the public dockets, unless such order denying sealing does not address the merits of the confidentiality of the document, *e.g.*, it turns on a procedural or other non-substantive issue.  No later than fifteen (15) days but no earlier than ten (10) days after entry of an Order resolving all pending sealing requests with respect to a particular document, the parties shall file in the Court's public docket papers which comply with that Order.

SO ORDERED this 4th day of June, 2012.

/s/Thomas W. Thrash
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE