IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II) | Master Docket No. 1:09-MD-2084-TWT ALL CASES |
| FEDERAL TRADE COMMISSION v. ACTAVIS, INC. | Case No. 1:09-cv-955-TWT |

## STIPULATION BETWEEN ALL PLAINTIFFS AND DEFENDANT ACTAVIS, INC.

WHEREFORE, Plaintiffs have sought discovery from Defendant Actavis as defined in the Rule 30(b)(6) Notice of Deposition served on Actavis's counsel on October 9, 2015 (the "30(b)(6) Notice") with respect to, among other things, whether Actavis had the facilities, equipment, and operational ability to manufacture and launch a generic version of AndroGel 1%; and

WHEREFORE, Defendant Actavis does not intend to offer a defense based on its lack of facilities, equipment, or operational ability to manufacture a generic version of AndroGel 1% from September 13, 2006, the date of the Unimed-Watson Final Settlement and Release Agreement, to August 31, 2015, the agreed-upon entry date in the Unimed-Watson Patent License Agreement (Exhibit A to the Unimed-Watson Final Settlement and Release Agreement); and

1

WHEREFORE, all parties wish to avoid the burden and expense of unnecessary discovery;

Plaintiffs[1] and Defendant Actavis hereby stipulate as follows:

1. Actavis will not offer any defense in this case based on any claim that it lacked the facilities, equipment, or operational ability to manufacture and launch a generic version of AndroGel 1% at any time from September 13, 2006 to August 31, 2015.

2. The following facts are not in dispute and may be presented to the Court and jury as undisputed:

(A) Actavis's manufacturing facilities were adequate and sufficient to manufacture and launch a generic version of AndroGel 1% at all times during the time period from September 13, 2006 to August 31, 2015;

(B) During the time period from September 13, 2006, to August 31, 2015, Actavis possessed or readily could have obtained all of the equipment necessary to manufacture and launch a generic version of AndroGel 1% in sachet packaging;

(C) During the time period from September 13, 2006, to August 31, 2015, Actavis could have been in position from a manufacturing perspective to

---

[1] For the avoidance of doubt, "Plaintiffs" encompasses all private plaintiffs and the Federal Trade Commission.

launch a generic version of AndroGel 1% in sachet packaging on 2 months' notice (subject to regulatory approval);

(D)   Since June 1, 2014, Actavis has possessed all of the equipment necessary to manufacture and launch a generic version of AndroGel 1% in metered pump packaging;

(E)   At any time since June 1, 2014, Actavis could have been in position from a manufacturing perspective to launch a generic version of AndroGel 1% in metered pump packaging with 3-4 months' notice (subject to regulatory approval);

(F)   Prior to June 1, 2014, Actavis could have obtained, installed, and qualified all of the equipment necessary to manufacture and launch a generic version of AndroGel 1% in metered pump packaging and could have been in position from a manufacturing perspective to launch such a generic version of AndroGel 1% in metered pump packaging with 18 months' notice (subject to regulatory approval); and

(G)   Actavis did not experience any problems or issues related to its facilities, equipment, or operations that would have prevented Actavis's manufacture and launch of a generic version of AndroGel 1% at any time during the time period from September 13, 2006 to August 31, 2015.

3.      Based on the above, Plaintiffs will not serve additional requests for production on Actavis nor pursue further deposition testimony from Actavis concerning whether it had the facilities, equipment, and operational ability to manufacture and launch a generic version of AndroGel 1% at any time during the time period from September 13, 2006 to August 31, 2015.

4.      Plaintiffs specifically withdraw their request to depose John Spigiel. Additionally, Plaintiffs agree that Topics 1-9 of the 30(b)(6) Notice shall be deemed amended to exclude any questioning on whether Actavis had the facilities, equipment, or operational ability to launch a generic version of AndroGel 1% at any time during the time period from September 13, 2006 to August 31, 2015.

5.      For the avoidance of doubt, this stipulation does not affect Actavis's ability to offer defenses based on an inability to manufacture and launch due to regulatory hurdles or the unavailability of supplies or materials required to produce a generic version of AndroGel 1%.  Nor does it affect Plaintiffs' ability to seek deposition testimony in depositions noticed prior to March 1, 2016, or other evidence regarding Actavis's ability to manufacture and launch due to the regulatory status of Actavis's proposed generic version of AndroGel 1% or regarding the availability of supplies or materials required to produce Actavis's generic version of AndroGel 1% during the time period from September 13, 2006 to August 31, 2015.  For the avoidance of doubt, however, consistent with the

Court's comments at the March 1, 2016, status conference, this paragraph shall not be construed as consent by Actavis to the service of any additional written discovery requests.

6. Any of Plaintiffs' experts may reasonably rely upon this stipulation pursuant to Rule 703 of the Federal Rules of Evidence.

As agreed by Plaintiffs and Defendant Actavis this 14th day of March, 2016.

        /s/ *Julia K. York*
Steven C. Sunshine*
Paul M. Eckles*
Julia K. York*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
Telephone (202) 371-7000
Facsimile (202) 393-5760
steven.sunshine@skadden.com
paul.eckles@skadden.com
julia.york@skadden.com

Practicing pursuant to this Court's Initial Case Management Order

**Counsel for Actavis, Inc.**

By: /s/ *Kenneth S. Canfield*
Kenneth S. Canfield
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007
*Liaison Counsel for Direct Purchaser*

By: /s/ *Saralisa C. Brau*
Saralisa C. Brau
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
sbrau@ftc.gov
Telephone: (202) 326-2774
Facsimile: (202) 326-3384
*Counsel for Plaintiff Federal Trade*

*Commission*

Bruce E. Gerstein, Pro Hac Vice
bgerstein@garwingerstein.com
Joseph Opper, Pro Hac Vice
jopper@garwingerstein.com
Elena K. Chan, Pro Hac Vice
echan@garwingerstein.com
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*
David P. Smith
dsmith@ssrllp.com
Susan Segura
ssegura@ssrllp.com
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Telephone: (318) 445-4480
Facsimile: (318)487-1741

John Gregory Odom
jodom@odrlaw.com
Stuart Des Roches
stuart@odrlaw.com
Andrew Kelly
akelly@odrlaw.com
Craig M. Glantz
cglantz@odrlaw.com
ODOM & DES ROCHES, LLP
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

*Class Plaintiffs*

David F. Sorensen, Pro Hac Vice
dsorensen@bm.net
Eric Cramer, Pro Hac Vice
ecramer@bm.net
Ellen Noteware, Pro Hac Vice
enoteware@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215)-875-4683
Facsimile: (215)-875-4604

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*
Peter Kohn
Neill Clark
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Ste. 600
Jenkintown, PA 19046
pkohn@faruqilaw.com
Telephone: (215) 277-5770

Joshua P. Davis (SBN. 193254)
davisj@usfca.edu
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

6

Russell A. Chorush
rchorush@hpcIlp.com
Miranda Jones
mjones@hpcllp.com
HEIM PAYNE & CHORUSH LLP
Chase Tower
600 Travis, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Counsel for Louisiana Drug Company, Inc.*

David Balto
LAW OFFICES OF DAVID BALTO
2600 Virginia Ave NW Suite 1111
Washington, DC 20037

*Counsel for Rochester Drug Co-operative, Inc.*

Linda P. Nussbaum
Bradley Demuth
Nussbaum Law Group, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
Facsimile: (212) 681-0300

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

Joseph R. Saveri (SBN 130064)
isaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Jordan Elias (SBN 228731)
ielias@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone. (415) 956-1000

Joseph M. Vanek
jvanek@vaneklaw.com
David P. Germaine
dgermaine@vaneklaw.com
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312)224-1500
Facsimile: (312) 224-1510

Paul E. Slater
pes@sperling-law.com
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312)641-6492

Donald Perelman
dperelman@fineblack.com
Roberta Liebenberg
rliebenberg@fineblack.com

Facsimile. (415) 956-1008

Counsel for Meijer, Inc. and Meijer Distribution, Inc.

By: */s/ Scott E. Perwin*
 Scott E. Perwin
sperwin@kennynachwalter.com
Lauren Ravkind
Anna Neill
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP, and SuperValu*

By: */s/ Marshall P. Dees*
Marshall P. Dees
Holzer Holzer & Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Tel: (770) 392-00909

Thomas M. Sobol
Lauren Guth Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617)482-3700

Jayne Goldstein
Pomerantz LLP
1792 Bell Tower Lane, Suite 203

1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

By: */s/ Barry L. Refsin*
Barry L. Refsin
BRefsin@Hangley.com
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Fl.
Philadelphia, PA 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300

*Counsel for Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark, L.L.C.*

*/s/ Erin Gibson Allen*
Erin Gibson Allen
allen@marcus-shapira.com
Marcus & Shapira LLP
Bernard D. Marcus
marcus@marcus-shapira.com
Moira Cain-Mannix
cain-mannix@marcus-shapira.com
Brian C. Hill
hill@marcus-shapira.com
Scott D. Livingston
livingston@marcus-shapira.com
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758

8

Weston, FL 33326
Tel: (954) 315-3454    *Counsel for Plaintiff, Giant Eagle, Inc.*

Paul F. Novak
Alastair Findeis
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300

Kenneth Wexler
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222

*Counsel for End Payor Class Plaintiffs*

**So ORDERED, this __ day of _____, 2016.**

_____
**Thomas W. Thrash, Jr.
United States District Judge**

## **CERTIFICATE OF SERVICE**

I, Kenneth S. Canfield, certify that a true and correct copy of the foregoing **Stipulation Between All Plaintiffs and Defendant Actavis, Inc.** has been electronically filed with the Clerk of Court via ECF on this 14th day of March, 2016, which will send notification of such filing to all counsel of record.

/s/ Kenneth S. Canfield
Kenneth S. Canfield
