**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | Master Dkt. No. 1:09-md-2084-TWT<br><br>ALL CASES |

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Notice of Deposition of Marianne C. Mann has been served by electronic mail on the following attorneys of record for the parties:

>Jeffrey Ira Weinberger – Jeffrey.Weinberger@mto.com
>Rohit Singla – Rohit.Singla@mto.com
>Kyle Mach – Kyle.Mach@mto.com
>Adam Lawton – Adam.Lawton@mto.com
>Joshua Meltzer - Joshua.Meltzer@mto.com
>Justin Raphael – Justin.Raphael@mto.com
>Teresa Bonder – Teresa.bonder@alston.com
>Matthew Kent – matthew.kent@alston.com
>Steven Sunshine – Steven.Sunshine@skadden.com
>Paul Eckles – Paul.Eckles@skadden.com
>Julia York – Julia.York@skadden.com
>Timothy Grayson – timothy.grayson@skadden.com
>Maria Raptis – Maria.Raptis@skadden.com
>John P. Fry – jfry@mmmlaw.com
>Benjamin J. Warlick – bwarlick@mmmlaw.com
>Kuangyan Huang – kuan.huang@kirkland.com
>Eric Grannon – egrannon@washdc.whitecase.com
>Adam Acosta – adam.acosta@whitecase.com
>J. Mark Gidley – mgidley@washdc.whitecase.com
>Mark Trigg – triggm@gtlaw.com
>Harold Edward Kirtz - hkirtz@ftc.gov
>Saralisa Brau – sbrau@ftc.gov
>Heather Johnson – hjohnson@ftc.gov

1

      Lauren K. Peay – lpeay@ftc.gov
      Randall Weinsten – rweinsten@ftc.gov
      Kara Monahan - kmonahan@ftc.gov
      David Schwartz – dschwartz1@ftc.gov
      Jordy Hur – jhur@ftc.gov
      Hannah Lamb – hlamb@ftc.gov
      Scott E. Perwin – sep@kennynachwalter.com
      Lauren C. Ravkind – lravkind@kennynachwalter.com
      Anna T. Neill – aneill@kennynachwalter.com
      Barry L. Refsin – Brefsin@Hangley.com
      Monica L. Rebuck – mrebuck@hangley.com
      Bernard D. Marcus – bdm@marcus-shapira.com
      Moira E. Cain-Mannix – mcm@marcus-shapira.com
      Brian C. Hill – hill@marcus-shapira.com
      Erin G. Allen – allen@marcus-shapira.com

Date:  January 30, 2017          ____/s/ *Kenneth S. Canfield*____

                                              Kenneth S. Canfield
                                              Ga. Bar. No. 107744
                                              kcanfield@dsckd.com
                                              Doffermyre, Shields, Canfield &
                                                      Knowles LLC
                                              1355 Peachtree Street, Suite 1900
                                              Atlanta, GA 30309
                                              Telephone: (404) 881-8900
                                              Facsimile: (404) 920-3246

                                              *Liaison Counsel for Direct Purchaser Class Plaintiffs*