# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **Master Dkt. No. 1:09-md-2084-TWT** <br> **ALL CASES** |
| **FEDERAL TRADE COMMISSION,** <br>                   Plaintiff, <br><br>   v. <br><br> **ACTAVIS, INC., et al.,** <br>                   Defendants. | **Case No. 1:09-cv-955-TWT** |

### Notice of Service of Documents Containing Information Designated as Confidential by AbbVie Defendants

Pursuant to paragraph 2 of the Court's April 4, 2014 Order Regarding Filings of Documents Containing Information Designated as Confidential (MDL Dkt. No. 940) ("Order") and paragraph 12 of the Stipulated Protective Order (MDL Dkt. No. 46), I hereby certify that on this day a copy of the following documents has been served on counsel for Defendants via electronic mail:

1. Plaintiff Federal Trade Commission's Memorandum of Law in Opposition to Defendants' Motion for Reconsideration and/or to Certify Portions of the Court's Summary Judgment Order for Interlocutory Appeal; and

2. Declaration of Kara Monahan in Opposition to Defendants' Motion for Reconsideration and/or to Certify Portions of the Court's Summary Judgment Order for Interlocutory Appeal, and exhibits thereto.

A copy of the foregoing documents will also be delivered via Federal Express to Chambers.

Exhibits C to H to the Declaration of Kara Monahan contain material designated as Highly Confidential by AbbVie Defendants pursuant to the Protective Order in this action and, therefore, have not been filed via ECF, pending resolution of any motions to seal filed by the producing party pursuant to the Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2018

*/s/ Kara Monahan*
Kara Monahan
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2018

*Counsel for Plaintiff Federal Trade Commission*