# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **MASTER DOCKET NO. 1:09-MD-2084-TWT** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>　　　　PLAINTIFF,<br>　　　　　　　　V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>　　　　DEFENDANTS. | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>　　　　PLAINTIFF,<br>　　　　　　　　V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>　　　　DEFENDANTS. | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>　　　　PLAINTIFFS,<br>　　　　　　　　V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>　　　　DEFENDANTS. | **CASE NO. 1:09-CV-958-TWT** |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 20 TO PRECLUDE
INTRODUCTION OF HEARSAY STATEMENTS
FROM FTC INVESTIGATIONAL HEARINGS**

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br>          **Plaintiffs,**<br>          **v.**<br>**UNIMED  PHARMACEUTICALS,  LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>          **Plaintiffs,**<br>          **v.**<br>**UNIMED  PHARMACEUTICALS,  LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br>          **Plaintiff,**<br>          **v.**<br>**UNIMED  PHARMACEUTICALS,  LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

Pursuant to Local Rule16.4B.21 and the Court's October 9, 2019 Pretrial Schedule (Dkt. No. 1830), Plaintiffs respectfully move for an order precluding Defendants from offering into evidence their affirmative designations of hearsay statements made during FTC's investigational hearings for the reasons stated in the accompanying Memorandum of Law.

Date: November 15, 2019                                    Respectfully submitted,

/s/ Lauren C. Ravkind
Kenneth S. Canfield                                        Lauren C. Ravkind
Ga. Bar. No. 107744                                        lravkind@knpa.com
kcanfield@dsckd.com                                        KENNY NACHWALTER, P.A.
1355 Peachtree Street, Suite 1600                          Four Seasons Tower – Suite 1100
Atlanta, GA 30309                                          1441 Brickell Avenue
Telephone; (404) 881-8900                                  Miami, FL 33131
Facsimile (404) 881-3007                                   Telephone: (305) 373-1000

*Liaison Counsel for Direct*                               *Counsel for Walgreen and Supervalu*
*Purchaser Plaintiffs*                                     *Plaintiffs*

Bruce E. Gerstein                                          David F. Sorensen
Joseph Opper                                               Ellen Noteware
Elena K. Chan                                              Nick Urban
GARWIN GERSTEIN & FISHER LLP                               BERGER MONTAGUE PC
88 Pine Street, 10th Floor                                 1818 Market Street
New York, NY 10005                                         Suite 3600
Phone: (212) 398-0055                                      Philadelphia, PA 19103
Fax: (212) 764-6620                                        Phone: (215)-875-4683
                                                           Fax: (215)-875-4604

*Counsel for Louisiana Wholesale*                          *Counsel for Rochester Drug Co-*
*Drug Company, Inc.*                                       *operative, Inc.*

David P. Smith                                             Peter Kohn
Susan Segura                                               FARUQI & FARUQI, LLP
Erin Leger                                                 One Penn Center
SMITH SEGURA RAPHAEL & LEGER LLP                           1617 John F. Kennedy Boulevard
221 Ansley Blvd.                                           Suite 1550
Alexandria, LA 71303                                       Philadelphia, PA 19103
Phone: (318) 445-4480                                      Phone: (215) 277-5770
Fax: (318) 487-1741

                                                           *Counsel for Rochester Drug Co-*
*Counsel for Louisiana Wholesale*                          *operative, Inc.*
*Drug Company, Inc.*

3

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Chris Letter
Dan Chiorean
ODOM & DES ROCHES
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Phone: (504) 522-0077
Fax: (504) 522-0078

*Counsel for Louisiana Wholesale Drug Company, Inc.*

Russell A. Chorush
HEIM PAYNE & CHORUSH LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Phone: (713) 221-2000
Fax: (713) 221-2021

*Counsel for Louisiana Wholesale Drug Company, Inc.*

Joseph M. Vanek
David P. Germaine
Sperling & Slater, P.C.
55 W. Monroe St., 32nd Floor
Chicago, IL 60603
Phone: (312) 641-3200

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Phone: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Walgreen and Supervalu Plaintiffs*

Barry L. Refsin
Monica L. Kiley
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Phone: (215) 496-7031

*Counsel for CVS and Rite Aid*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this motion was prepared using Times New Roman 14-point font pursuant to Local Rule 5.1(C).

/s/ Lauren C. Ravkind<br>Lauren C. Ravkind

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019 a true and accurate copy of the foregoing was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of the same being electronically served by the Court to all counsel of record.

/s/ Lauren C. Ravkind<br>Lauren C. Ravkind