# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | MASTER DOCKET NO. 1:09-MD-2084-TWT |
| ROCHESTER DRUG CO-OPERATIVE, INC., ET AL., <br>  PLAINTIFF, <br>  V. <br> UNIMED PHARMACEUTICALS, LLC, ET AL., <br>  DEFENDANTS. | CASE NO. 1:09-CV-956-TWT |
| LOUISIANA WHOLESALE DRUG CO., INC., ET AL., <br>  PLAINTIFF, <br>  V. <br> UNIMED PHARMACEUTICALS, LLC, ET AL., <br>  DEFENDANTS. | CASE NO. 1:09-CV-957-TWT |
| MEIJER, INC., ET AL., <br>  PLAINTIFFS, <br>  V. <br> UNIMED PHARMACEUTICALS, LLC, ET AL., <br>  DEFENDANTS. | CASE NO. 1:09-CV-958-TWT |

**PLAINTIFFS' MOTION IN LIMINE TO LIMIT LIVE TESTIMONY OF DEFENSE WITNESSES UNAVAILABLE TO TESTIFY IN PLAINTIFFS' CASE-IN-CHIEF AND TO PRECLUDE DEFENDANTS FROM PLAYING DEPOSITION CLIPS DURING PLAINTIFFS' CASE-IN-CHIEF**

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br>        **Plaintiffs,**<br>                **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>        **Defendants.** | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>        **Plaintiffs,**<br>                **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>        **Defendants.** | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br>        **Plaintiff,**<br>                **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>        **Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

Pursuant to the Court's Pretrial Schedule (ECF No. 1830) at 2, Plaintiffs Rochester Drug Co-Operative, Inc., Louisiana Wholesale Drug Co., Inc., Meijer, Inc., Meijer Distribution, Inc., Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., Caremark, L.L.C., and Supervalu Inc. respectfully move for an order to limit live testimony of Defense witnesses unavailable to testify in Plaintiffs' case-in-chief and to preclude Defendants from playing deposition clips during Plaintiffs' case-in-chief for the reasons stated in the accompanying Memorandum of Law.

Date: November 15, 2019

Kenneth S. Canfield
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone; (404) 881-8900
Facsimile (404) 881-3007

*Liaison Counsel for Direct Purchaser Plaintiffs*

Respectfully submitted,

  /s/ Chris Letter
John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
ODOM & DES ROCHES, LLC
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Phone: (504) 522-0077
Fax: (504) 522-0078

*Counsel for Louisiana Wholesale Drug*

1

| | |
|---|---|
| Bruce E. Gerstein<br>Joseph Opper<br>Elena K. Chan<br>GARWIN GERSTEIN & FISHER LLP<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Phone: (212) 398-0055<br>Fax: (212) 764-6620<br><br>*Counsel for Louisiana Wholesale Drug Company, Inc.* | *Company, Inc.*<br><br>David F. Sorensen<br>Ellen Noteware<br>Nick Urban<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Phone: (215)-875-4683<br>Fax: (215)-875-4604<br><br>*Counsel for Rochester Drug Co-operative, Inc.* |

Bruce E. Gerstein
Joseph Opper
Elena K. Chan
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Phone: (212) 398-0055
Fax: (212) 764-6620

*Counsel for Louisiana Wholesale Drug Company, Inc.*

David P. Smith
Susan Segura
Erin Leger
SMITH SEGURA RAPHAEL & LEGER LLP
221 Ansley Blvd.
Alexandria, LA 71303
Phone: (318) 445-4480
Fax: (318) 487-1741

*Counsel for Louisiana Wholesale Drug Company, Inc.*

Russell A. Chorush
HEIM PAYNE & CHORUSH LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Phone: (713) 221-2000
Fax: (713) 221-2021

*Counsel for Louisiana Wholesale*

*Company, Inc.*

David F. Sorensen
Ellen Noteware
Nick Urban
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Phone: (215)-875-4683
Fax: (215)-875-4604

*Counsel for Rochester Drug Co-operative, Inc.*

Peter Kohn
FARUQI & FARUQI, LLP
One Penn Center
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Phone: (215) 277-5770

*Counsel for Rochester Drug Co-operative, Inc.*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Phone: (305) 373-1000

2

*Drug Company, Inc.*

Joseph M. Vanek
David P. Germaine
Sperling & Slater, P.C.
55 W. Monroe St., 32nd Floor
Chicago, IL 60603
Phone: (312) 641-3200

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

Fax: (305) 372-1861

*Counsel for Walgreen and Supervalu Plaintiffs*

Barry L. Refsin
Monica L. Kiley
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Phone: (215) 496-7031

*Counsel for CVS and Rite Aid*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019 a true and accurate copy of the foregoing was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of the same being electronically served by the Court to all counsel of record.

Date: November 15, 2019                         /s/ Chris Letter

3