# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **MASTER DOCKET NO. 1:09-MD-2084-TWT** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>            PLAINTIFF,<br>                        V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            DEFENDANTS. | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>            PLAINTIFF,<br>                        V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            DEFENDANTS. | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>            PLAINTIFFS,<br>                        V.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            DEFENDANTS. | **CASE NO. 1:09-CV-958-TWT** |

**[PROPOSED] ORDER**

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br>            Plaintiffs,<br>            v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>            Plaintiffs,<br>            v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br>            Plaintiff,<br>            v.<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            Defendants. | **CASE NO. 1:10-CV-1024-TWT** |

Upon consideration of Plaintiffs' Motion in Limine to Limit Live Testimony of Defense Witnesses Unavailable to Testify in Plaintiffs' Case-In-Chief and to Preclude Defendants from Playing Deposition Clips During Plaintiffs' Case-In-Chief, and any responses thereto, the Motion is GRANTED and it is hereby ORDERED that Defendants are precluded from calling live witnesses who were not made available to Plaintiffs during their case-in-chief. It is further ORDERED

that Defendants are precluded from playing video depositions during Plaintiffs case-in-chief except those necessary under the rule of completeness.

So ORDERED this ___ day of _____, 2019.

> _____
> Thomas W. Thrash, Jr.
> United States District Judge