# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | **MASTER DOCKET NO. 1:09-MD-2084-TWT** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,**<br>            **PLAINTIFF,**<br>                        **V.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            **DEFENDANTS.** | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,**<br>            **PLAINTIFF,**<br>                        **V.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            **DEFENDANTS.** | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,**<br>            **PLAINTIFFS,**<br>                        **V.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>            **DEFENDANTS.** | **CASE NO. 1:09-CV-958-TWT** |

**PLAINTIFFS' MOTION IN LIMINE TO LIMIT LIVE TESTIMONY OF DEFENSE WITNESSES UNAVAILABLE TO TESTIFY IN PLAINTIFFS' CASE-IN-CHIEF AND TO PRECLUDE DEFENDANTS FROM PLAYING DEPOSITION CLIPS DURING PLAINTIFFS' CASE-IN-CHIEF**

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br>          **Plaintiffs,**<br>               **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br>          **Plaintiffs,**<br>               **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br>          **Plaintiff,**<br>               **v.**<br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br>          **Defendants.** | **CASE NO. 1:10-CV-1024-TWT** |

Pursuant to the Court's Pretrial Schedule (ECF No. 1830) at 2, Plaintiffs Rochester Drug Co-Operative, Inc., Louisiana Wholesale Drug Co., Inc., Meijer, Inc., Meijer Distribution, Inc., Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., Caremark, L.L.C., and Supervalu Inc. respectfully move for an order to limit live testimony of Defense witnesses unavailable to testify in Plaintiffs' case-in-chief and to preclude Defendants from playing deposition clips during Plaintiffs' case-in-chief for the reasons stated in the accompanying Memorandum of Law.

Date: November 15, 2019

Kenneth S. Canfield
Ga. Bar. No. 107744
kcanfield@dsckd.com
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone; (404) 881-8900
Facsimile (404) 881-3007

*Liaison Counsel for Direct Purchaser Plaintiffs*

Respectfully submitted,

  /s/ Chris Letter
John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
ODOM & DES ROCHES, LLC
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Phone: (504) 522-0077
Fax: (504) 522-0078

*Counsel for Louisiana Wholesale Drug*

1

*Company, Inc.*

| | |
|---|---|
| Bruce E. Gerstein | David F. Sorensen |
| Joseph Opper | Ellen Noteware |
| Elena K. Chan | Nick Urban |
| GARWIN GERSTEIN & FISHER LLP | BERGER MONTAGUE PC |
| 88 Pine Street, 10th Floor | 1818 Market Street |
| New York, NY 10005 | Suite 3600 |
| Phone: (212) 398-0055 | Philadelphia, PA 19103 |
| Fax: (212) 764-6620 | Phone: (215)-875-4683 |
| | Fax: (215)-875-4604 |

*Counsel for Louisiana Wholesale Drug Company, Inc.*

*Counsel for Rochester Drug Co-operative, Inc.*

David P. Smith
Susan Segura
Erin Leger
SMITH SEGURA RAPHAEL & LEGER LLP
221 Ansley Blvd.
Alexandria, LA 71303
Phone: (318) 445-4480
Fax: (318) 487-1741

Peter Kohn
FARUQI & FARUQI, LLP
One Penn Center
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Phone: (215) 277-5770

*Counsel for Louisiana Wholesale Drug Company, Inc.*

*Counsel for Rochester Drug Co-operative, Inc.*

Russell A. Chorush
HEIM PAYNE & CHORUSH LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Phone: (713) 221-2000
Fax: (713) 221-2021

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Phone: (305) 373-1000

*Counsel for Louisiana Wholesale*

*Drug Company, Inc.*

Joseph M. Vanek
David P. Germaine
Sperling & Slater, P.C.
55 W. Monroe St., 32nd Floor
Chicago, IL 60603
Phone: (312) 641-3200

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

Fax: (305) 372-1861

*Counsel for Walgreen and Supervalu Plaintiffs*

Barry L. Refsin
Monica L. Kiley
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Phone: (215) 496-7031

*Counsel for CVS and Rite Aid*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019 a true and accurate copy of the foregoing was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of the same being electronically served by the Court to all counsel of record.

Date: November 15, 2019                                         /s/ Chris Letter