IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (NO. II) | MASTER DKT. NO. 1:09–MD–2084–TWT<br><br>ALL CASES |

### DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE PERTAINING TO PRIOR PROCEEDINGS AND OTHER LAWSUITS AND <u>SETTLEMENTS</u>

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, and the authorities cited in the accompanying memorandum of law, Defendants AbbVie Products, LLC, f/k/a Solvay Pharmaceuticals, Inc. ("Solvay"), Actavis, Inc. (n/k/a Allergan Finance, LLC), Par Pharmaceutical Companies, Inc. ("Par"), and Paddock Holdings, LLC ("Paddock") (collectively "Defendants") respectfully move for an order precluding Plaintiffs from commenting on or introducing evidence regarding other cases, settlements, or proceedings involving any Defendant or its affiliates, including the FTC's AndroGel investigation and litigation against these Defendants, the FTC's claims and judgment against AbbVie in *FTC v. AbbVie Inc.*, 2:14-cv-05151 (E.D. Pa. Sept. 8, 2014), and any other proceedings against any Defendants. Evidence concerning these investigations, cases, and proceedings would be highly inflammatory and unfairly prejudicial.

Respectfully submitted this 15th day of November 2019.

| | |
|---|---|
| Teresa T. Bonder<br>Georgia Bar No. 703969<br>Matthew D. Kent<br>Georgia Bar No. 526272<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile)<br>teresa.bonder@alston.com<br>matthew.kent@alston.com<br><br>*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC* | */s/ Rohit K. Singla*<br>Rohit K. Singla\*<br>Kyle W. Mach\*<br>Adam R. Lawton\*<br>Justin P. Raphael\*<br>Joshua S. Meltzer\*<br>Emily C. Curran-Huberty\*<br>Ashley D. Kaplan\*<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100 (telephone)<br>(213) 687-3702 (facsimile)<br>rohit.singla@mto.com<br>kyle.mach@mto.com<br>adam.lawton@mto.com<br>justin.raphael@mto.com<br>joshua.meltzer@mto.com<br>emily.curran-huberty@mto.com<br>ashley.kaplan@mto.com<br><br>\* Practicing pursuant to this Court's Initial Case Management Order<br><br>*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC* |

| | |
|---|---|
| Seslee S. Smith<br>Georgia Bar No. 663377<br>MORRIS, MANNING & MARTIN LLP<br>3343 Peachtree Road, N.E.<br>Suite 1600 Atlanta Financial Center<br>Atlanta, GA 30326<br>(404) 233-7000 (telephone)<br>(404) 365-9532 (facsimile)<br>sss@mmmlaw.com | */s/ Paul M. Eckles*<br>Steven C. Sunshine*<br>Paul M. Eckles*<br>Julia K. York*<br>Ryan J. Travers*<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005<br>(202) 371-7000 (telephone)<br>(202) 393-5760 (facsimile)<br>steven.sunshine@skadden.com<br>paul.eckles@skadden.com<br>julia.york@skadden.com<br>ryan.travers@skadden.com<br><br>* Practicing pursuant to this Court's Initial Case Management Order<br><br>*Counsel for Actavis, Inc. (n/k/a Allergan Finance, LLC)* |

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard*
Benjamin M. Greenblum*
Samuel Bryant Davidoff*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
hhubbard@wc.com
bgreenblum@wc.com
sdavidoff@wc.com

* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for Defendants Par Pharmaceutical Inc./Par Pharmaceutical Companies, Inc. and Paddock Holdings LLC*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certifies that the foregoing **DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE PERTAINING TO PRIOR PROCEEDINGS AND OTHER LAWSUITS AND SETTLEMENTS** has been prepared in accordance with Local Rule 5.1 using Times New Roman 14 point font.

Respectfully submitted this 15th day of November 2019.

*/s/ Rohit K. Singla*
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)
(415) 512-4077 (facsimile)
rohit.singla@mto.com

\* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE PERTAINING TO PRIOR PROCEEDINGS AND OTHER LAWSUITS AND SETTLEMENTS** and the accompanying memorandum of law were filed with the Court's CM/ECF system on November 15, 2019, and thereby distributed to counsel of record.

Respectfully submitted this 15th day of November 2019.

*/s/ Rohit K. Singla*
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)
(415) 512-4077 (facsimile)
rohit.singla@mto.com

\* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC*