IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (NO. II) | MASTER DKT. NO. 1:09–MD–2084–TWT<br><br>ALL CASES |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 20__, upon consideration of **DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE PERTAINING TO PRIOR PROCEEDINGS AND OTHER LAWSUITS AND SETTLEMENTS**, the accompanying memorandum of law, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED**. Plaintiffs shall not comment on or introduce evidence regarding other lawsuits, settlements, or proceedings involving any Defendant or its affiliates, including the FTC's AndroGel investigation and litigation against these Defendants, the FTC's claims and judgment against AbbVie in *FTC v. AbbVie Inc.*, 2:14-cv-05151 (E.D. Pa. Sept. 8, 2014), and any other proceedings against any Defendants.

_____
Thomas W. Thrash, Jr.
Chief United States District Judge