# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (NO. II) | MASTER DKT. NO. 1:09–MD–2084–TWT<br><br>ALL CASES |

## DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO ABSENCE OF DEFENSE WITNESSES AT TRIAL

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, and the authorities cited in the accompanying memorandum of law, Defendants AbbVie Products, LLC, f/k/a Solvay Pharmaceuticals, Inc. ("Solvay"), Actavis, Inc. (n/k/a Allergan Finance, LLC), Par Pharmaceutical Companies, Inc. ("Par"), and Paddock Holdings, LLC ("Paddock") (collectively "Defendants") respectfully move for an order precluding Plaintiffs from commenting at trial on the absence of defense witnesses. Comments concerning the absence of witnesses would be highly inflammatory and unfairly prejudicial.

Respectfully submitted this 15th day of November 2019.

| | |
|---|---|
| Teresa T. Bonder<br>Georgia Bar No. 703969<br>Matthew D. Kent<br>Georgia Bar No. 526272<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile)<br>teresa.bonder@alston.com<br>matthew.kent@alston.com<br><br>*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC* | */s/ Rohit K. Singla*<br>Rohit K. Singla\*<br>Kyle W. Mach\*<br>Adam R. Lawton\*<br>Justin P. Raphael\*<br>Joshua S. Meltzer\*<br>Emily C. Curran-Huberty\*<br>Ashley D. Kaplan\*<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100 (telephone)<br>(213) 687-3702 (facsimile)<br>rohit.singla@mto.com<br>kyle.mach@mto.com<br>adam.lawton@mto.com<br>justin.raphael@mto.com<br>joshua.meltzer@mto.com<br>emily.curran-huberty@mto.com<br>ashley.kaplan@mto.com<br><br>\* Practicing pursuant to this Court's Initial Case Management Order<br><br>*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC* |

Seslee S. Smith
Georgia Bar No. 663377
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, N.E.
Suite 1600 Atlanta Financial Center
Atlanta, GA 30326
(404) 233-7000 (telephone)
(404) 365-9532 (facsimile)
sss@mmmlaw.com

*/s/ Paul M. Eckles*
Steven C. Sunshine*
Paul M. Eckles*
Julia K. York*
Ryan J. Travers*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
steven.sunshine@skadden.com
paul.eckles@skadden.com
julia.york@skadden.com
ryan.travers@skadden.com

* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for Actavis, Inc. (n/k/a Allergan Finance, LLC)*

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard\*
Benjamin M. Greenblum\*
Samuel Bryant Davidoff\*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
hhubbard@wc.com
bgreenblum@wc.com
sdavidoff@wc.com

\* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for Defendants Par Pharmaceutical Inc./Par Pharmaceutical Companies, Inc. and Paddock Holdings LLC*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certifies that the foregoing **DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO ABSENCE OF DEFENSE WITNESSES AT TRIAL** has been prepared in accordance with Local Rule 5.1 using Times New Roman 14 point font.

Respectfully submitted this 15th day of November 2019.

*/s/ Rohit K. Singla*
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)
(415) 512-4077 (facsimile)
rohit.singla@mto.com

\* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO ABSENCE OF DEFENSE WITNESSES AT TRIAL** and the accompanying memorandum of law were filed with the Court's CM/ECF system on November 15, 2019, and thereby distributed to counsel of record.

Respectfully submitted this 15th day of November 2019.

*/s/ Rohit K. Singla*
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)
(415) 512-4077 (facsimile)
rohit.singla@mto.com

\* Practicing pursuant to this Court's Initial Case Management Order

*Counsel for AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc. and Unimed Pharmaceuticals LLC*