# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (NO. II)** | **MASTER DKT. NO. 1:09–MD–2084–TWT**<br><br>**ALL CASES** |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 20__, upon consideration of **DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO ABSENCE OF DEFENSE WITNESSES AT TRIAL**, the accompanying memorandum of law, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED**.  Plaintiffs shall not comment on or introduce evidence regarding the absence of defense witnesses.

_____
Thomas W. Thrash, Jr.
Chief United States District Judge