# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| | **CASE NO. 1:09-MD-2084-TWT** |
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | |
| **ROCHESTER DRUG CO-OPERATIVE, INC., ET AL.,** <br>             **Plaintiff,** <br>                          v. <br> **UNIMED PHARMACEUTICALS, LLC, ET AL.,** <br>             **Defendants.** | **CASE NO. 1:09-CV-956-TWT** |
| **LOUISIANA WHOLESALE DRUG CO., INC., ET AL.,** <br>             **Plaintiff,** <br>                          v. <br> **UNIMED PHARMACEUTICALS, LLC, ET AL.,** <br>             **Defendants.** | **CASE NO. 1:09-CV-957-TWT** |
| **MEIJER, INC., ET AL.,** <br>             **Plaintiffs,** <br>                          v. <br> **UNIMED PHARMACEUTICALS, LLC, ET AL.,** <br>             **Defendants.** | **CASE NO. 1:09-CV-958-TWT** |

| | |
|---|---|
| **RITE AID CORPORATION, ET AL.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>  Defendants. | **CASE NO. 1:09-CV-2776-TWT** |
| **WALGREEN CO., ET AL.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>  Defendants. | **CASE NO. 1:09-CV-3019-TWT** |
| **SUPERVALU, INC.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**UNIMED PHARMACEUTICALS, LLC, ET AL.,**<br><br>  Defendants. | **CASE NO. 1:10-CV-1024-TWT** |

## PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS

Plaintiffs Rochester Drug Co-operative, Inc., Louisiana Wholesale Drug Co., Inc., Meijer, Inc., Meijer Distribution, Inc., Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP, Rite Aid Corporation, Rite Aid

Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., Caremark, L.L.C., and Supervalu Inc. (collectively "Plaintiffs") respectfully submit the following proposed questions, for use as a written questionnaire or orally, to supplement the Court's standard *voir dire* questions.

1. Do you or does someone in your immediate family know any of the following people: [list all lawyers that will be in front of the jury and all witnesses that will testify]

2. Do you have any particular feelings about, every been employed by, or ever been represented by any of the following [list all plaintiffs and defendants, and law firms]

3. Are you employed? If so, who is your employer and what do you do?

4. Are you married? If so, is your spouse employed? What does he/she do? Where does he/she work?

5. Do you have any adult children? If so, are they employed? Who are they employed by? What do they do?

6. Have you ever been a party to a lawsuit? If yes, were you the plaintiff or the defendant? What was the outcome?

7. Do you have any negative feelings about lawsuits in general?

8. Have you ever taken a generic version of a brand name drug?

9. Do you have any positive or negative feelings about brand name drugs?

10. Do you have any positive or negative feelings about generic drugs?

11. Have you or has anyone close to you ever worked for any drug or pharmaceutical company? If so, what company(s) and in what positions?

12. Have you ever occupied a leadership position outside of work, as in a charity or volunteer organization? If so, what organization and what was the position?

13. Do you or anyone close to you regularly use testosterone replacement medication? What medication is it?

14. Do you believe that companies are justified in breaking or bending the rules if they are trying to save their business?

15. If a company made a large profit on a product, but had to break the law to do so, would you have a hard time finding against them in a lawsuit brought by someone who was forced to pay more for the product because of the company's wrongdoing?

16. Do you believe that pharmaceutical companies should be able to charge whatever they like for the drugs they develop?

17. Do you believe that the Patent and Trademark Office is almost always correct when they issue a patent? Would it be hard for you to believe that they frequently make mistakes when granting patents?

18. Do you believe there is too much government regulation of business?

Date: November 15, 2019          By: ___/s/ *Kenneth S. Canfield*_____

                                              Kenneth S. Canfield
Ga. Bar. No. 107744
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone; (404) 881-8900
Facsimile (404) 881-3007
kcanfield@dsckd.com

Liaison Counsel for Direct Purchaser Plaintiffs

| | |
|---|---|
| Bruce E. Gerstein | David F. Sorensen |
| Joseph Opper | Ellen Noteware |
| Elena K. Chan | Nick Urban |
| GARWIN GERSTEIN & FISHER LLP | BERGER MONTAGUE PC |
| 88 Pine Street, 10th Floor | 1818 Market Street |
| New York, NY 10005 | Suite 3600 |
| Phone: (212) 398-0055 | Philadelphia, PA 19103 |
| Fax: (212) 764-6620 | Phone: (215)-875-4683 |
| | Fax: (215)-875-4604 |
| Counsel for Louisiana Drug Company, Inc. | Counsel for Rochester Drug Co-operative, Inc. |

| | |
|---|---|
| David P. Smith<br>Susan Segura<br>Erin Leger<br>SMITH SEGURA RAPHAEL & LEGER LLP<br>221 Ansley Blvd.<br>Alexandria, LA 71303<br>Phone: (318) 445-4480<br>Fax: (318) 487-1741<br><br>Counsel for Louisiana Drug Company, Inc. | Peter Kohn<br>FARUQI & FARUQI, LLP<br>One Penn Center<br>1617 John F. Kennedy Boulevard<br>Suite 1550<br>Philadelphia, PA 19103<br>Phone: (215) 277-5770<br><br>Counsel for Rochester Drug Co-operative, Inc. |
| John Gregory Odom<br>Stuart Des Roches<br>Andrew Kelly<br>Chris Letter<br>Dan Chiorean<br>ODOM & DES ROCHES<br>Poydras Center<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>Phone: (504) 522-0077<br>Fax: (504) 522-0078<br><br>Counsel for Louisiana Drug Company, Inc. | Scott E. Perwin<br>Lauren C. Ravkind<br>Anna T. Neill<br>KENNY NACHWALTER P.A.<br>Four Seasons Tower<br>1441 Brickell Avenue, Suite 1100<br>Miami, FL 33131<br>Phone: (305) 373-1000<br>Fax: (305) 372-1861<br><br>Counsel for Walgreen and Supervalu Plaintiffs |
| Russell A. Chorush<br>HEIM PAYNE & CHORUSH LLP<br>1111 Bagby, Suite 2100<br>Houston, TX 77002<br>Phone: (713) 221-2000<br>Fax: (713) 221-2021<br><br>Counsel for Louisiana Drug Company, Inc. | Barry L. Refsin<br>Monica L. Rebuck<br>HANGLEY ARONCHIK SEGAL PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 496-7031<br><br>Counsel for CVS and Rite Aid |

Joseph M. Vanek
David P. Germaine
SPERLING & SLATER
Phone: (312) 445-4941
Fax: (312) 641-6492

Counsel for Meijer, Inc. and Meijer Distribution, Inc.

| | |
|---|---|
| Scott E. Perwin<br>Lauren Ravkind<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131-4327<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br><br>Counsel for Walgreen Co., Safeway Inc., American Sales Company, Inc., HEB Grocery Company LP, and SuperValu. | Barry L. Refsin<br>brefsin@hangley.com<br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 568-6200<br>Facsimile: (215) 568-0300<br><br>Counsel for Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and JCG (PJC) USA, LLC, Maxi Drug, d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark, L.L.C. |