# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>ANDROGEL ANTITRUST<br>LITIGATION (No. II) | CASE NO. 1:09-MD-2084-TWT<br><br>ALL CASES |

## <u>DEFENDANTS' TRIAL WITNESS LIST</u>

Defendants provide notice herein to the Plaintiffs that they may call the following witnesses at trial, either live or by deposition.  The below list does not reflect witnesses who Defendants may call solely for impeachment or rebuttal. Defendants further reserve the right to call in its case-in-chief any witness identified by Plaintiffs.

Defendants have not yet made any final decision as to whom they will call in their case, as that will depend on Plaintiffs' presentation of evidence in their case-in-chief.  By listing witnesses below, Defendants do not indicate that they have the ability to control a witness's appearance at trial.  Finally, Defendants reserve their rights to supplement or amend this witness list based on Plaintiffs' disclosures, the Court's rulings, or evidence or argument at trial.

1.   **Lynne Amato,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

2.   **Vincent Amyot,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

3.   **Jean-Louis Anspach,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

4.   **Leonard Blum**

5.   **Christopher Bowman, Ph.D. (Expert)**, Department of Chemical and Biological Engineering, University of Colorado, Campus Box 596, JSCBB C121, Boulder, CO 80309, to testify on all relevant matters within his experience and expertise, including but not limited to the chemistry of polymeric materials such as gels, the merit of certain defenses raised by Watson and Par/Paddock in the underlying patent litigations, the topics in

his expert reports and exhibits and appendices thereto, the topics raised by his depositions, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

6.  **Jay Bua**, c/o Melinda F. Levitt, Foley & Lardner LLP, Washington Harbour, 3000 K Street, N.W., Washington, D.C. 20007.

7.  **David Buchen,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

8.  **Paul Campanelli,** c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

9.  **Napoleon Clark,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

10. **Pierre Y. Cremieux, Ph.D. (Expert)**, Analysis Group, Inc., 111 Huntington Avenue, 14th Floor, Boston, MA 02199, to testify on all relevant matters within his experience and expertise, including but not limited to the competitive effects of the challenged settlements, economic principles related to valuation, and the relevant antitrust market, the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

11. **Lynn Dale**, c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

12. **Larry Doud**

13. **Laurence J. Downey**, c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

14. **Robert Dudley**, c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

15. **Charles Ebert,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

16. **Peter Edwards,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

17. **Oliver Engert**

18. **Mary Beth Erstad**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

19. **Robert S. Frank, Jr. (Expert)**, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, to testify on all relevant matters within his experience and expertise, including but not limited to the time and expense associated with patent litigation, the merit and perceived merit of certain defenses raised by Watson and Par/Paddock in the underlying patent litigations, the topics in his expert report to be provided and exhibits and appendices thereto, the topics raised by any deposition of him that may be taken, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

20. **Michael Gautsch**, c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

21. **Chad Gielen**

22. **Nefertiti Greene**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

23. **Scott Robert Griffin**

24. **Janie Gwinn**, c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

25. **Edward Heimers,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

26. **James B. Hynd,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

27. **Frank Jaeger,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

28. **Laura James**

29. **Jay R. Janco,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

30. **Scott Johnson**

31. **Murray Kay,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

32. **Kurt P. Karst (Expert),** 700 Thirteenth Street, N.W Suite 1200, Washington, DC 20005, to testify on all relevant matters within his experience and expertise, including but not limited to whether there were any regulatory or supply obstacles that would have prevented either Watson or Par/Paddock from launching a generic version of AndroGel 1% before August 31, 2015, the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

33. **David Knocke,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

34. **Stephen Krull**, c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

35. **Erika Lietzan (Expert),** University of Missouri, 313 Hulston Hall, Columbia, MO 65211, to testify on all relevant matters within her experience and expertise, including but not limited to the nature of Par's status as a "second filer" generic company, the implications of that status for Par's ability to enter the market and the settlement of Solvay's patent litigation against Par/Paddock, the topics raised by her deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

36. **Elizabeth C. Lindsey (Expert)**, 3737 Glenwood Avenue, Suite 100, Raleigh, NC 27612, to testify on all relevant matters within her experience and expertise, including but not limited to issues related to the backup manufacturing agreement, the topics in her expert report and exhibits and

appendices thereto, the topics raised by her deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

37.   **John MacPhee**, c/o Glenn Colton, Arent Fox LLP, 1301 Avenue of the Americas, New York, NY 10019.

38.   **Joseph A. Mahoney**, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606.

39.   **Edward Maloney**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

40.   **Marianne C. Mann, M.D. (Expert)**, 7105 Biter Lane, Highland, MD 20777, to testify on all relevant matters within her experience and expertise, including but not limited to the topics in her expert reports and exhibits and appendices thereto, the interpretation of AndroGel clinical trial data, the merit of certain defenses raised by Watson and Par/Paddock in the underlying patent litigations, the topics raised by her depositions, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

41.   **Nicholas Manusos**

42.   **Owen McMahon**

43.   **William Mink**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

44.   **Brian Mitchell,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

45.   **Michael Moffitt (Expert)**, Harvard Law School, Areeda 126, 1585 Massachusetts Avenue, Cambridge, MA, 02138, to testify regarding issues related to negotiation and all relevant matters within his experience and expertise, including but not limited to the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their

case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

46. **Robert Nevers**

47. **Leslie Sandberg Orne (Expert)**, Trinity Partners, Prospect Place, 230 Third Avenue, Waltham, MA 02451, to testify regarding all relevant matters within her experience and expertise, including but not limited to the co- promotion agreements, the topics in her expert report and exhibits and appendices thereto, the topics raised by her deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

48. **Cherri Petrie**, c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

49. **Janis Picurro**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

50. **Matthew Pike**

51. **J. Robert Powell, Pharm.D. (Expert)**, 409 Lancaster Drive, Chapel Hill, NC 27517, to testify on all relevant matters within his experience and expertise, including but not limited to the pharmacokinetics of testosterone gel formulations, the merit of certain defenses raised by Watson and Par/Paddock in the underlying patent litigations, the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

52. **Chad W.M. Ritenour, M.D. (Expert)**, Emory University School Of Medicine, Department of Urology, 1365 Clifton Road Ne, Suite B1400, Atlanta, Ga 30322, to testify on all relevant matters within his experience and expertise, including but not limited to testosterone replacement therapy and treatment for hypogonadism, the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief,

the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

53. **Jeffrey Romano**

54. **Daniel Rubinfeld, Ph.D. (Expert),** New York University, Vanderbilt Hall 427, 40 Washington Square, South New York, NY 10012, to testify on all relevant matters within his experience and expertise, including but not limited to whether or to what extent Plaintiffs suffered any damage from Defendants' alleged conduct, the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

55. **Laura Schneider**

56. **Harold Shlevin,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

57. **Guhan Subramanian, Ph.D. (Expert)**, Harvard Law School, Hauser 314, 1585 Massachusetts Avenue, Cambridge, MA, 02138, to testify regarding issues related to negotiation and all relevant matters within his experience and expertise, including but not limited to the topics in his expert report and exhibits and appendices thereto, the topics raised by his deposition, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

58. **Scott Tarriff**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

59. **Joseph Todisco**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

60. **Edward Tykot,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

61. **Norman Weiner, Ph.D. (Expert)**, 406 Linda Vista Street, Ann Arbor, MI

48103, to testify on all relevant matters within his experience and expertise, including but not limited to the chemistry of pharmaceutical delivery systems such as gels, the merit of certain defenses raised by Watson and Par/Paddock in the underlying patent litigations, the topics in his expert reports and exhibits and appendices thereto, the topics raised by his depositions, the topics raised by the trial testimony of witnesses that Plaintiffs call in their case-in-chief, the topics in the expert reports of any experts on which the Plaintiffs rely and exhibits and appendices thereto, and the topics raised in deposition testimony by such witnesses.

62. **Gayle White**

63. **Wanda Williams,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

64. **Difei Yang,** c/o Rohit K. Singla, Esq., Munger, Tolles & Olson LLP, 560 Mission Street, San Francisco, CA 94105.

65. **Carol Yeomans,** c/o Paul M. Eckles, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036.

66. **Pete Zeleny**, c/o Williams & Connolly LLP, 725 12th St NW, Washington, DC 20005.

November 15, 2019

Teresa T. Bonder
Georgia Bar No. 703969
Matthew D. Kent
Georgia Bar No. 526272
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
teresa.bonder@alston.com
matthew.kent@alston.com


*Counsel for AbbVie Products LLC f/k/a
Solvay Pharmaceuticals, Inc. and Unimed
Pharmaceuticals LLC*

_/s/ Rohit K. Singla_
Jeffrey I. Weinberger*
Rohit K. Singla*
Kyle W. Mach*
Adam R. Lawton*
Justin P. Raphael*
Joshua S. Meltzer*
Emily C. Curran-Huberty*
Ashley D. Kaplan*
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100 (telephone)
(213) 687-3702 (facsimile)
jeffrey.weinberger@mto.com
rohit.singla@mto.com
kyle.mach@mto.com
adam.lawton@mto.com
justin.raphael@mto.com
joshua.meltzer@mto.com
emily.curran-huberty@mto.com
ashley.kaplan@mto.com

* Practicing pursuant to this Court's
Initial Case Management Order

*Counsel for AbbVie Products LLC f/k/a
Solvay Pharmaceuticals, Inc. and Unimed
Pharmaceuticals LLC*

10

Seslee S. Smith
Georgia Bar No. 663377
MORRIS, MANNING, & MARTIN
LLP
3343 Peachtree Road, N.E.
Suite 1600 Atlanta Financial Center
Atlanta, GA 30326
(404) 233-7000 (telephone)
(404) 365-9532 (facsimile)
sss@mmmlaw.com

*/s/ Paul M. Eckles*
Steven C. Sunshine*
Paul M. Eckles*
Julia K. York*
Ryan J. Travers*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
steven.sunshine@skadden.com
paul.eckles@skadden.com
julia.york@skadden.com
ryan.travers@skadden.com

* Practicing pursuant to this Court's
Initial Case Management Order

*Counsel for Actavis, Inc. (n/k/a
Allergan Finance, LLC)*

11

*/s/ Benjamin M. Greenblum*
Heidi K. Hubbard*
Benjamin M. Greenblum*
Samuel Bryant Davidoff*
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
bgreenblum@wc.com
sdavidoff@wc.com

\* Practicing pursuant to this Court's
Initial Case Management Order

*Counsel for Defendants Par*
*Pharmaceutical Inc./Par*
*Pharmaceutical Companies, Inc. and*
*Paddock Holdings LLC*