# Objections

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX001 | HS |
| DX002 | HS |
| DX003 | 901, 1002, HS, 402, MIL, 403 |
| DX004 | INC, 901, 106, 402, MIL, HS, ILL, 403 |
| DX005 | 402, 403, 901, 1002, HS, MIL |
| DX006 | 402, 403, 901, 1002, HS, MIL |
| DX007 | 402, 403, 901, 1002, HS, MIL |
| DX008 | 402, 403, 901, 1002, HS, MIL |
| DX009 | 402, 403, 901, 1002, HS, MIL |
| DX010 | 402, 403, 901, 1002, HS, MIL |
| DX011 | 402, 403, 901, 1002, HS, MIL |
| DX012 | 402, 403, 901, 1002, HS, MIL |
| DX013 | 402, 403, 901, 1002, HS, MIL, 106, INC, CLC |
| DX014 | 402, 403, 901, 1002, HS, MIL |
| DX015 | 402, 403, 901, 1002, HS, MIL |
| DX016 | 402, 403, 901, 1002, HS, MIL |
| DX017 | 402, 403, 901, 1002, HS, MIL |
| DX018 | 402, 403, 901, 1002, HS, MIL |
| DX019 | 402, 403, 901, 1002, HS, MIL, 703 |
| DX020 | 402, 403, 901, 1002, HS, MIL, INC, 703 |
| DX021 | no objection |
| DX022 | no objection |
| DX023 | 402, 403, 901, 1002, HS, MIL |
| DX024 | 402, 403, 901, 1002, HS, MIL |
| DX025 | 402, 403, HS, no verification |
| DX026 | 402, 403, HS, no verification |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX027 | 402, 403, HS, no verification |
| DX028 | 402, 403, HS, no verification |
| DX029 | 402, 403, HS, no verification |
| DX030 | 402, 403, HS, no verification |
| DX031 | 402, 403, HS, no verification |
| DX032 | 402, 403, HS, no verification |
| DX033 | 402, 403, HS, no verification |
| DX034 | 402, 403, HS, no verification |
| DX035 | 402, 403, 901, 1002, HS, MIL |
| DX036 | 402, 403, 901, 1002, HS, MIL, 703, 701, ILL |
| DX037 | 402, 403, 901, 1002, HS, MIL, 703, 70 |
| DX038 | no objection |
| DX039 | HS |
| DX040 | no objection |
| DX041 | 402, 403, 901, 1002, HS, MIL |
| DX042 | 402, 403, 901, 1002, HS, MIL, ILL |
| DX043 | no objection |
| DX044 | 402, 403, 901, 1002, HS, MIL, ILL |
| DX045 | no objection |
| DX046 | 402, 403, 901, 1002, HS, MIL |
| DX047 | 402, 403, 901, 1002, HS, MIL |
| DX048 | HS, 901 |
| DX049 | 402, 403, 901, 1002, HS, MIL |
| DX050 | HS, 901 |
| DX051 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX052 | no objection |
| DX053 | 403, 901, 1002, HS, MIL |
| DX054 | HS, 402, 901 |
| DX055 | HS, 602 |
| DX056 | 402, 403, 901, 1002, HS, MIL, ILL |
| DX057 | HS |
| DX058 | HS |
| DX059 | HS |
| DX060 | HS, 402, INC |
| DX061 | HS, 402, INC, 901 |
| DX062 | HS, 402, INC, 901 |
| DX063 | HS, 402, INC, 901 |
| DX064 | HS, 402, INC, 901 |
| DX065 | HS, 402 |
| DX066 | HS, 402, 901 |
| DX067 | 402, 403, 901, 1002, HS, MIL, ILL |
| DX068 | HS, 402, 901 |
| DX069 | HS, MIL |
| DX070 | HS |
| DX071 | no objection |
| DX072 | no objection |
| DX073 | no objection |
| DX074 | no objection |
| DX075 | no objection |
| DX076 | HS, 402 |
| DX077 | no objection |
| DX078 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|---------------------------|
| DX079 | HS |
| DX080 | HS |
| DX081 | HS, 402, 403 |
| DX082 | HS, 402, 602 |
| DX083 | HS |
| DX084 | HS |
| DX085 | HS |
| DX086 | HS,  402, 403 |
| DX087 | 402, 403, 901, HS |
| DX088 | 402, 403, 901, HS |
| DX089 | HS, 402, 403 |
| DX090 | 402, 403, 901, HS |
| DX091 | HS, 402, 403 |
| DX092 | HS, 402, 403 |
| DX093 | HS, 402, 901, INC |
| DX094 | HS, 402, 901, INC |
| DX095 | 402, 403, 901, HS |
| DX096 | 402, 403, 901, HS |
| DX097 | 402, 901, HS |
| DX098 | 402, 901, HS |
| DX099 | 402, 901, HS |
| DX100 | no objection |
| DX101 | HS, 402 |
| DX102 | HS |
| DX103 | HS, 402 |
| DX104 | HS, 402 |
| DX105 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084- TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|---|---|
| DX106 | HS, 901, FOREIGN LANGUAGE |
| DX107 | HS, 901, FOREIGN LANGUAGE |
| DX108 | HS |
| DX109 | HS, 602 |
| DX110 | 02, 403, 901, 1002, HS, MIL, INC, 10 |
| DX111 | 02, 403, 901, 1002, HS, MIL, INC, 10 |
| DX112 | HS, 402, 403 |
| DX113 | no objection |
| DX114 | 402, HS |
| DX115 | no objection |
| DX116 | HS, 402 |
| DX117 | HS, 402 |
| DX118 | HS, 402, 403 |
| DX119 | 402, 901, HS |
| DX120 | 402, 901, HS |
| DX121 | 402, 403, 901, HS, INC |
| DX122 | 402, 901, HS, INC |
| DX123 | 402, 403, 901, HS, INC |
| DX124 | 402, 403, 901, HS, INC |
| DX125 | 402, 403, 901, HS, INC |
| DX126 | 402, 901, HS |
| DX127 | 403, 602, 901, 1002, HS, MIL |
| DX128 | HS |
| DX129 | no objection |
| DX130 | HS, 901 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084- TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX131 | HS |
| DX132 | HS, 901 |
| DX133 | HS, 901 |
| DX134 | HS |
| DX135 | HS, CUM |
| DX136 | HS, 901 |
| DX137 | INC |
| DX138 | INC |
| DX139 | INC |
| DX140 | HS |
| DX141 | HS, 402 |
| DX142 | HS |
| DX143 | no objection |
| DX144 | HS |
| DX145 | HS |
| DX146 | HS |
| DX147 | HS |
| DX148 | 402, 901, HS, INC |
| DX149 | 402, 901, HS |
| DX150 | 402, 901, HS, INC |
| DX151 | 402, 403, 901, HS |
| DX152 | 402, 901, HS, INC |
| DX153 | 402, 901, HS |
| DX154 | 402, 901, HS |
| DX155 | 402, 901, HS, INC |
| DX156 | 402, 901, HS, INC |
| DX157 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX158 | HS |
| DX159 | HS |
| DX160 | HS |
| DX161 | HS, CUM |
| DX162 | HS |
| DX163 | INC, 402 |
| DX164 | 402, 901, HS |
| DX165 | HS |
| DX166 | HS, CUM |
| DX167 | HS |
| DX168 | HS |
| DX169 | INC, 901, HS |
| DX170 | HS |
| DX171 | INC, HS |
| DX172 | HS |
| DX173 | HS |
| DX174 | 402, 901, HS, INC |
| DX175 | 402, 901, HS |
| DX176 | 402, 901, HS, INC |
| DX177 | 402, 403, 901, HS |
| DX178 | 402, 901, HS |
| DX179 | 402, 901, HS |
| DX180 | 402, 901, HS |
| DX181 | 402, 901, HS |
| DX182 | no objection |
| DX183 | 402, 901, HS, ILL |
| DX184 | 402, 901, HS, INC |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX185 | 402, 901, HS |
| DX186 | HS |
| DX187 | no objection |
| DX188 | HS, CUM |
| DX189 | HS |
| DX190 | HS |
| DX191 | HS, INC |
| DX192 | HS |
| DX193 | HS |
| DX194 | no objection |
| DX195 | HS, 402 |
| DX196 | HS |
| DX197 | CUM, HS, 402 |
| DX198 | HS, 402 |
| DX199 | CUM, HS, 402 |
| DX200 | CUM, HS, 402 |
| DX201 | CUM, HS, 402 |
| DX202 | CUM, HS, 402 |
| DX203 | CUM, HS, 402 |
| DX204 | HS |
| DX205 | CUM, HS |
| DX206 | CUM, HS |
| DX207 | 402 |
| DX208 | HS, 402 |
| DX209 | HS, 402 |
| DX210 | HS, 402 |
| DX211 | HS, 402 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|---|---|
| DX212 | HS, CUM, 402 |
| DX213 | HS, 402 |
| DX214 | 402 |
| DX215 | HS |
| DX216 | HS, 901, 402 |
| DX217 | HS, CUM, 402 |
| DX218 | HS |
| DX219 | HS, 402 |
| DX220 | INC, CUM, 402 |
| DX221 | HS, 402 |
| DX222 | HS, INC, 402 |
| DX223 | HS, INC, CUM, 402 |
| DX224 | HS, CUM, 402 |
| DX225 | HS, 402 |
| DX226 | HS, CUM, 402 |
| DX227 | HS, 402 |
| DX228 | HS, 402 |
| DX229 | HS |
| DX230 | INC |
| DX231 | HS, 402 |
| DX232 | INC, HS, CUM, 402 |
| DX233 | HS, CUM, 402 |
| DX234 | 402 |
| DX235 | HS, 402 |
| DX236 | HS, 402 |
| DX237 | HS, 402 |
| DX238 | INC, 402 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX239 | 402 |
| DX240 | no objection |
| DX241 | HS, 402 |
| DX242 | INC, 402 |
| DX243 | 402 |
| DX244 | INC, HS, 402 |
| DX245 | no objection |
| DX246 | INC, 402 |
| DX247 | HS, 402 |
| DX248 | HS, 402 |
| DX249 | no objection |
| DX250 | 402, 901, HS |
| DX251 | 402, 403,  901, HS |
| DX252 | HS, 402, 403 |
| DX253 | 402, 901, HS, INC |
| DX254 | HS, 402 |
| DX255 | HS, 402 |
| DX256 | HS, 402 |
| DX257 | HS, 402 |
| DX258 | DUPE, HS, 402 |
| DX259 | HS, 901 |
| DX260 | HS, 402, 901 |
| DX261 | no objection |
| DX262 | no objection |
| DX263 | 402, 403, 901, HS, INC |
| DX264 | 402, 403, 901, HS |
| DX265 | HS |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX266 | HS, 901, INC |
| DX267 | HS, 402, 901, INC |
| DX268 | 402, 901, HS, ILL |
| DX269 | 402, 901, HS |
| DX270 | 402, 901, HS |
| DX271 | HS, 402 |
| DX272 | HS |
| DX273 | no objection |
| DX274 | no objection |
| DX275 | no objection |
| DX276 | 402, HS |
| DX277 | 402, HS, 901 |
| DX278 | 402, HS |
| DX279 | 402, HS, 901 |
| DX280 | HS, 402 |
| DX281 | HS, 402, 901 |
| DX282 | HS, 901, INC |
| DX283 | HS, 901, INC |
| DX284 | HS, 402, 901 |
| DX285 | HS, CUM |
| DX286 | HS, 901 |
| DX287 | HS |
| DX288 | HS |
| DX289 | HS |
| DX290 | HS, INC, 402, 901 |
| DX291 | HS, INC, 402, 901 |
| DX292 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX293 | HS, 402, 901 |
| DX294 | HS, 402, 901 |
| DX295 | no objection |
| DX296 | no objection |
| DX297 | 402, 901, HS |
| DX298 | no objection |
| DX299 | HS, 402, 403 |
| DX300 | HS, 402, 901, INC |
| DX301 | HS, 402 |
| DX302 | HS, 402 |
| DX303 | HS, 402 |
| DX304 | HS, 402 |
| DX305 | 402 |
| DX306 | 402 |
| DX307 | 402, 901, HS |
| DX308 | HS, 402 |
| DX309 | HS, 402, 901 |
| DX310 | HS, 402, 403 |
| DX311 | HS, 402, 901 |
| DX312 | HS, 402 |
| DX313 | HS, 402, 403 |
| DX314 | 402 |
| DX315 | HS, 402 |
| DX316 | HS, 402, DUP |
| DX317 | HS, 402. DUP |
| DX318 | DUP, 402, HS |
| DX319 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX320 | HS, 402 |
| DX321 | HS, 402, 403 |
| DX322 | no objection |
| DX323 | no objection |
| DX324 | HS, 402 |
| DX325 | HS, 402 |
| DX326 | HS, 402, DUP |
| DX327 | HS, 402 |
| DX328 | HS, 402, DUP |
| DX329 | HS, 402 |
| DX330 | HS, 402 |
| DX331 | HS, 402 |
| DX332 | HS, 402 |
| DX333 | HS, 402 |
| DX334 | HS, 402 |
| DX335 | HS, 402 |
| DX336 | HS, 402 |
| DX337 | HS, 402 |
| DX338 | HS, 402 |
| DX339 | HS, 402, INC |
| DX340 | no objection |
| DX341 | no objection |
| DX342 | HS, 402, DUP |
| DX343 | HS, 402, DUP |
| DX344 | HS, 402, INC |
| DX345 | HS, 402, 901, INC |
| DX346 | HS, 402 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|---|---|
| DX347 | 402, 901, HS |
| DX348 | no objection |
| DX349 | HS, 402 |
| DX350 | HS, 402 |
| DX351 | HS, 402 |
| DX352 | HS, 402 |
| DX353 | no objection |
| DX354 | no objection |
| DX355 | 402, HS, 901 |
| DX356 | HS, 402, 403 |
| DX357 | no objection |
| DX358 | HS, 402 |
| DX359 | HS, 402, INC |
| DX360 | HS, 402 |
| DX361 | HS, 402 |
| DX362 | HS, 402 |
| DX363 | HS, 402, INC |
| DX364 | HS, 402, INC |
| DX365 | HS, 402, 403 |
| DX366 | HS, 402, 403 |
| DX367 | 402 |
| DX368 | 402 |
| DX369 | INC |
| DX370 | 402,  901, HS |
| DX371 | HS, 402 |
| DX372 | HS, 402 |
| DX373 | HS, 402 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX374 | 402, 901, HS |
| DX375 | no objection |
| DX376 | HS, 402, 901 |
| DX377 | HS, 402 |
| DX378 | 402, 901 |
| DX379 | 402, 901 |
| DX380 | HS, 402 |
| DX381 | HS, 402 |
| DX382 | INC, 402, ILL |
| DX383 | HS, 402, 1006 |
| DX384 | HS, 402 |
| DX385 | HS |
| DX386 | HS, 402 |
| DX387 | HS, 402, 403 |
| DX388 | HS, 402, 403 |
| DX389 | 402, 901 |
| DX390 | HS, 402 |
| DX391 | 402, 901 |
| DX392 | HS |
| DX393 | HS |
| DX394 | no objection |
| DX395 | HS, CUM |
| DX396 | HS, 402 |
| DX397 | HS, 402 |
| DX398 | HS, 402 |
| DX399 | 402, 901, HS |
| DX400 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)
**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX401 | HS, 402, 403 |
| DX402 | HS, 402, 403 |
| DX403 | 402, 403 |
| DX404 | no objection |
| DX405 | HS, 402, 403 |
| DX406 | HS, 402, 403 |
| DX407 | HS, 402 |
| DX408 | HS, 402 |
| DX409 | no objection |
| DX410 | HS, 402, 403 |
| DX411 | HS, 402, 403 |
| DX412 | HS, 402 |
| DX413 | HS, 402 |
| DX414 | HS, 402, 403 |
| DX415 | HS, 402, 403 |
| DX416 | 402, 403 |
| DX417 | HS, 402, 403 |
| DX418 | 402, 403, H |
| DX419 | 402, 403, 901, HS |
| DX420 | 402, 403, 901, HS, ILL |
| DX421 | 402, 901, HS |
| DX422 | 402, 901, HS |
| DX423 | 402, 901, HS |
| DX424 | 402, 403, 901, HS |
| DX425 | 402, 901, HS |
| DX426 | HS, 402, 403 |
| DX427 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX428 | HS, 402, 403 |
| DX429 | HS, 402 |
| DX430 | HS, 402 |
| DX431 | HS, 402, 901 |
| DX432 | 402, 901 |
| DX433 | HS, 402, 901 |
| DX434 | 402, 901 |
| DX435 | HS, 402, 403 |
| DX436 | HS, 402 |
| DX437 | INC, 402 |
| DX438 | HS, 402, 901 |
| DX439 | HS, 402 |
| DX440 | HS, 402, 403 |
| DX441 | HS, 402, 403 |
| DX442 | HS, 402, 403 |
| DX443 | HS, 402, 901 |
| DX444 | 402, 901 |
| DX445 | HS, 402 |
| DX446 | 402, 403 |
| DX447 | 402, 901 |
| DX448 | HS, 402 |
| DX449 | HS, 402, 901 |
| DX450 | HS, 402, 403 |
| DX451 | HS, 402, 403 |
| DX452 | HS, 402, 403 |
| DX453 | HS, 402, CUM |
| DX454 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX455 | HS, 402, CUM |
| DX456 | HS, 402 |
| DX457 | no objection |
| DX458 | HS, 402, 901 |
| DX459 | 402, 901 |
| DX460 | 402 |
| DX461 | HS, 402 |
| DX462 | HS, 402 |
| DX463 | 901, 402, HS |
| DX464 | 402, 901, HS |
| DX465 | 402, 901, HS |
| DX466 | 402, 901, HS |
| DX467 | 402, 901, HS, INC |
| DX468 | 402, 901, HS, ILL |
| DX469 | 402, 901, HS |
| DX470 | 402, 901, HS, INC |
| DX471 | HS |
| DX472 | HS, 402 |
| DX473 | 402, CUM |
| DX474 | INC, 402 |
| DX475 | 402, HS |
| DX476 | 901, 402, HS |
| DX477 | HS, 402 |
| DX478 | 402, 403 |
| DX479 | HS, 402, 901 |
| DX480 | HS, 402, ILL |
| DX481 | HS, 402, ILL |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX482  | HS, 602                    |
| DX483  | no objection               |
| DX484  | no objection               |
| DX485  | 402, 403                   |
| DX486  | no objection               |
| DX487  | HS, 402                    |
| DX488  | 402, 901, HS, INC          |
| DX489  | 402, 901                   |
| DX490  | 402, 901                   |
| DX491  | 402, HS, 901               |
| DX492  | 402, 403                   |
| DX493  | 402, HS, 901               |
| DX494  | HS, 402                    |
| DX495  | HS, INC                    |
| DX496  | HS, 402                    |
| DX497  | 402                        |
| DX498  | HS, 402                    |
| DX499  | no objection               |
| DX500  | 402, 403, HS               |
| DX501  | no objection               |
| DX502  | 402, 403, 901, HS          |
| DX503  | 402, 403, 901, HS, ILL     |
| DX504  | HS, ILL                    |
| DX505  | no objection               |
| DX506  | HS                         |
| DX507  | no objection               |
| DX508  | no objection               |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX509 | no objection |
| DX510 | HS, 402, 403 |
| DX511 | HS, 402, 403 |
| DX512 | HS, 402 |
| DX513 | HS, 403 |
| DX514 | HS |
| DX515 | no objection |
| DX516 | 402, 403 |
| DX517 | no objection |
| DX518 | HS |
| DX519 | HS, 402 |
| DX520 | 402, 901, HS |
| DX521 | no objection |
| DX522 | no objection |
| DX523 | 402, 901, 1002, HS, MIL |
| DX524 | 402, 901, 1002, HS, MIL |
| DX525 | 402, 901, 1002, HS, MIL |
| DX526 | 402, 901, 1002, HS, MIL |
| DX527 | 402, 901, 1002, HS, MIL, 403 |
| DX528 | 402, 901, 1002, HS, MIL, 403 |
| DX529 | 402, 901, 1002, HS, MIL, 403 |
| DX530 | 402, 901, 1002, HS, MIL, 403 |
| DX531 | 402, 901, 1002, HS, MIL, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|---|---|
| DX532 | 402, 901, 1002, HS, MIL, 403 |
| DX533 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX534 | 402, 901, 1002, HS, MIL, INC, 106, ILL, 403 |
| DX535 | 402, 701, 901, 703, 1002, HS, 403 |
| DX536 | 402, 901, 1002, HS, MIL, INC, 106, ILL, 403 |
| DX537 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX538 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX539 | 402, 403 |
| DX540 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX541 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX542 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX543 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX544 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX545 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX546 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX547 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX548 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX549 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX550 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX551 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX552 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX553 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX554 | 02, 901, 1002, HS, MIL, INC, 106, 40 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX555 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX556 | 402, 901, 1002, HS, MIL, 403 |
| DX557 | 402, 901, 1002, HS, MIL, 403 |
| DX558 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX559 | 02, 901, 1002, HS, MIL, INC, 106, 40 |
| DX560 | 402, 901, 1002, HS, MIL, 403 |
| DX561 | 402, 901, 1002, HS, MIL, 403 |
| DX562 | 402, 901, 1002, HS, MIL, 403 |
| DX563 | 402, 901, 1002, HS, MIL, 403 |
| DX564 | no objection |
| DX565 | no objection |
| DX566 | no objection |
| DX567 | no objection |
| DX568 | no objection |
| DX569 | no objection |
| DX570 | 602, 901, 1002, HS, MIL, 702, 403 |
| DX571 | HS, 402, 403 |
| DX572 | HS, 402, 403 |
| DX573 | HS, 402, 403 |
| DX574 | 901, 1002, HS, MIL, 702, 403, 402 |
| DX575 | HS, 402, 403 |
| DX576 | HS, 402, 403 |
| DX577 | 402, 403, HS |
| DX578 | 901, 1002, HS, MIL, 702, 403, 402 |
| DX579 | 901, 1002, HS, MIL, 702, 403, 402 |
| DX580 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX581 | HS, 402, 403, 901 |
| DX582 | HS, 402, 403, 901 |
| DX583 | HS, 402, 403, 901 |
| DX584 | HS, 402, 403, 901 |
| DX585 | HS, 402, 403, 901 |
| DX586 | HS, 402, 403, 901 |
| DX587 | HS, 402, 403, 901 |
| DX588 | HS, 402, 403, 901 |
| DX589 | HS, 402, 403, 901 |
| DX590 | HS, 402, 403, 901 |
| DX591 | HS, 402, 403, 901 |
| DX592 | HS, 402, 403, 901 |
| DX593 | HS, 1006, 403, 901 |
| DX594 | HS, 1006, 403, 901 |
| DX595 | HS, 1006, 403, 901 |
| DX596 | HS, 1006, 901, 402, 403 |
| DX597 | HS, 1006, 901, 402, 403 |
| DX598 | HS, 1006, 901, 402, 403 |
| DX599 | HS, 1006, 901, 402, 403 |
| DX600 | HS, 1006, 901, 402, 403 |
| DX601 | HS, 1006, 901, 402, 403 |
| DX602 | HS, 1006, 901, 402, 403 |
| DX603 | HS, 1006, 901, 402, 403 |
| DX604 | HS, 1006, 901, 402, 403 |
| DX605 | HS, 1006, 901, 402, 403 |
| DX606 | HS, 402, 403 |
| DX607 | HS, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX608 | no objection |
| DX609 | no objection |
| DX610 | HS, 403 |
| DX611 | no objection |
| DX612 | HS, 403 |
| DX613 | HS, 403 |
| DX614 | HS, 403 |
| DX615 | HS, 403 |
| DX616 | HS, 403 |
| DX617 | HS, 403 |
| DX618 | no objection |
| DX619 | HS, 402, 403 |
| DX620 | HS, 402, 403 |
| DX621 | 402, 403 |
| DX622 | 402, 403 |
| DX623 | 402, 403 |
| DX624 | 402, 403 |
| DX625 | no objection |
| DX626 | no objection |
| DX627 | HS, 402, 403 |
| DX628 | HS, 402, 403 |
| DX629 | HS, 402, 403 |
| DX630 | HS, 402, 403 |
| DX631 | HS, 402, 403 |
| DX632 | HS, 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)
**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX633 | HS, 402, 403 |
| DX634 | HS, 402, 403 |
| DX635 | HS, 402, 403 |
| DX636 | HS, 402, 403 |
| DX637 | HS, 402, 403 |
| DX638 | HS, 402, 403 |
| DX639 | HS, 402, 403 |
| DX640 | 1006 |
| DX641 | 1006 |
| DX642 | 1006 |
| DX643 | 403, 402, HS, 1006, 901 |
| DX644 | 403, 402, HS, 1006, 901 |
| DX645 | 403, 402, HS, 1006, 901 |
| DX646 | 403, 402, HS, 1006, 901 |
| DX647 | 403, 402, HS, 1006, 901 |
| DX648 | 403, 402, HS, 1006, 901 |
| DX649 | 403, 402, HS, 1006, 901 |
| DX650 | 403, 402, HS, 1006, 901 |
| DX651 | 403, 402, HS, 1006, 901 |
| DX652 | 403, 402, HS, 1006, 901 |
| DX653 | HS, 901 |
| DX654 | HS |
| DX655 | no objection |
| DX656 | no objection |
| DX657 | no objection |
| DX658 | no objection |
| DX659 | 402, 403 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX660 | 402, 403 |
| DX661 | 402, 403 |
| DX662 | 402, 403 |
| DX663 | 402, 403 |
| DX664 | 402, 403 |
| DX665 | 402, 403 |
| DX666 | 402, 403 |
| DX667 | 402, 403 |
| DX668 | 402, 403 |
| DX669 | 402, 403 |
| DX670 | 402, 403 |
| DX671 | 402, 403 |
| DX672 | 402, 403 |
| DX673 | 402, 403 |
| DX674 | 402, 403 |
| DX675 | 402, 403 |
| DX676 | no objection |
| DX677 | 402, 403 |
| DX678 | 402, 403 |
| DX679 | 402, 403 |
| DX680 | no objection |
| DX681 | no objection |
| DX682 | no objection |
| DX683 | no objection |
| DX684 | no objection |
| DX685 | no objection |
| DX686 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX687 | no objection |
| DX688 | no objection |
| DX689 | no objection |
| DX690 | no objection |
| DX691 | no objection |
| DX692 | no objection |
| DX693 | no objection |
| DX694 | no objection |
| DX695 | no objection |
| DX696 | no objection |
| DX697 | no objection |
| DX698 | no objection |
| DX699 | no objection |
| DX700 | no objection |
| DX701 | no objection |
| DX702 | no objection |
| DX703 | HS |
| DX704 | 402, 901, INC |
| DX705 | HS, 402, 403, no verification |
| DX706 | HS, 402, 403, no verification |
| DX707 | HS, 402, 403, no verification |
| DX708 | HS, 402, 403, no verification |
| DX709 | HS, 402, 403, no verification |
| DX710 | HS, 402, 403, no verification |
| DX711 | HS, 402, 403, no verification |
| DX712 | HS, 402, 403, no verification |
| DX713 | HS, 402, 403, no verification |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|---|---|
| DX714 | HS, 402, 403, no verification |
| DX715 | HS |
| DX716 | no objection |
| DX717 | no objection |
| DX718 | no objection |
| DX719 | no objection |
| DX720 | no objection |
| DX721 | no objection |
| DX722 | no objection |
| DX723 | no objection |
| DX724 | 402 |
| DX725 | no objection |
| DX726 | HS, 402 |
| DX727 | HS, 402 |
| DX728 | HS, CUM |
| DX729 | HS |
| DX730 | HS, INC, 402, 901 |
| DX731 | 402 |
| DX732 | HS, 402 |
| DX733 | HS, 402 |
| DX734 | HS, 402 |
| DX735 | HS, 402 |
| DX736 | HS, 402 |
| DX737 | HS, 402 |
| DX738 | HS, 402 |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX739 | HS, 402 |
| DX740 | HS, 402 |
| DX741 | HS, 402 |
| DX742 | HS, 402 |
| DX743 | HS, 402 |
| DX744 | HS, INC, 402 |
| DX745 | HS, 402 |
| DX746 | HS, 402 |
| DX747 | HS, INC, 901 |
| DX748 | HS, INC |
| DX749 | HS, 402 |
| DX750 | HS, 402, 901 |
| DX751 | HS |
| DX752 | HS, 901 |
| DX753 | no objection |
| DX754 | no objection |
| DX755 | no objection |
| DX756 | HS, 402 |
| DX757 | HS, 402 |
| DX758 | HS, 402 |
| DX759 | no objection |
| DX760 | 402, 901, HS |
| DX761 | HS, 402, 901 |
| DX762 | no objection |
| DX763 | HS |
| DX764 | no objection |
| DX765 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX766 | no objection |
| DX767 | HS |
| DX768 | no objection |
| DX769 | 402, 901, HS, INC |
| DX770 | 402 |
| DX771 | no objection |
| DX772 | no objection |
| DX773 | no objection |
| DX774 | no objection |
| DX775 | no objection |
| DX776 | HS |
| DX777 | HS |
| DX778 | no objection |
| DX779 | no objection |
| DX780 | no objection |
| DX781 | no objection |
| DX782 | HS, 402 |
| DX783 | no objection |
| DX784 | HS, 402 |
| DX785 | no objection |
| DX786 | no objection |
| DX787 | no objection |
| DX788 | 402, 403, HS, no verification |
| DX789 | 402, 403, HS, no verification |
| DX790 | 402, 403, HS, no verification |
| DX791 | 402, 403, HS, no verification |
| DX792 | 402, 403, HS, no verification |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX793 | 402, 403, HS, no verification |
| DX794 | 402, 403, HS, no verification |
| DX795 | 402, 403, HS, no verification |
| DX796 | 402, 403, HS, no verification |
| DX797 | 402, 403, HS, no verification |
| DX798 | 402, 403, HS, no verification |
| DX799 | 402, 403, 901, HS |
| DX800 | 402, 901, HS |
| DX801 | no objection |
| DX802 | no objection |
| DX803 | no objection |
| DX804 | no objection |
| DX805 | no objection |
| DX806 | no objection |
| DX807 | no objection |
| DX808 | no objection |
| DX809 | no objection |
| DX810 | no objection |
| DX811 | no objection |
| DX812 | no objection |
| DX813 | no objection |
| DX814 | no objection |
| DX815 | no objection |
| DX816 | no objection |
| DX817 | no objection |
| DX818 | no objection |
| DX819 | no objection |

IN RE: ANDROGEL ANTITRUST LITIGATION (No. II), Case No. 01:09-MD-2084-TWT (N.D. Ga.)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

| DX NO. | PLAINTIFFS' OBJECTION CODE |
|--------|----------------------------|
| DX820 | no objection |
| DX821 | no objection |
| DX822 | 901, 1002, HS, MIL, 403 |
| DX823 | 901, 1002, HS, MIL, 403 |
| DX824 | 602, 901, 1002, HS, MIL, 702, 403 |
| DX825 | 602, 901, 1002, HS, MIL, 403 |
| DX826 | HS, 403, 402 |
| DX827 | INC, ILL, HS |
| DX828 | INC, ILL, HS |
| DX829 | ILL, HS |
| DX830 | HS, 402, 403 |
| DX831 | HS, 402, 403 |
| DX832 | HS, 402, 403, ILL |