# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II)** | **Case No. 1:09-MD-2084-TWT** |
| **ROCHESTER DRUG CO-OPERATIVE, INC., et al.,**<br>　　　　**Plaintiffs,**<br>　　　　　　**v.**<br>**UNIMED PHARMACEUTICALS, LLC, et al.**<br>　　　　**Defendants.** | **CASE NO. 1:09-CV-956-TWT** |

### STIPULATION OF DISMISSAL OF ROCHESTER DRUG CO-OPERATIVE, INC.'S CLAIMS AGAINST ACTAVIS, INC.

Plaintiff Rochester Drug Co-Operative, Inc. ("Plaintiff") and Defendant Actavis, Inc., n/k/a Allergan Finance, LLC and f/k/a Watson Pharmaceuticals, Inc., ("Actavis, Inc."), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Actavis, Inc., with each party to bear its own costs and attorney's fees.

DATED: February 3, 2020

          Respectfully submitted,

| /s/ _____ David F. Sorensen | /s/ Paul M. Eckles |
|---|---|
| David F. Sorensen | Paul M. Eckles |
| BERGER MONTAGUE PC | Steven C. Sunshine |
| 1818 Market Street, Suite 3600 | SKADDEN, ARPS, SLATE, |
| Philadelphia, PA 19103 | MEAGHER & FLOM LLP |
| Tel.: (215) 875-5705 | 1440 NEW YORK AVE., N.W. |
| *Counsel for Rochester Drug Co-Operative, Inc.* | WASHINGTON, D.C. 20005 |
| | (202) 371-7000 (TELEPHONE) |
| | *Counsel for Actavis, Inc. (n/k/a Allergan Finance, LLC)* |

## CERTIFICATE OF SERVICE

   I hereby certify that on February 3, 2020 a true and accurate copy of the foregoing was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia and electronically served by the Court to all counsel of record.

Date: February 3, 2020       /s/ David F. Sorensen